FILED ON DEMAND

ORIGINAL

### District Court of the United States
### For Northern Texas

Glenn Winningham; house of Fearn )

Demandant )

v )

UNITED STATES, INC., )
UNITED STATES DISTRICT COURT FOR THE )
     NORTHERN DISTRICT OF TEXAS, INC., )
UNITED STATES DISTRICT COURT FOR THE )
     DISTRICT OF ARIZONA, INC., )
UNITED STATES DISTRICT COURT FOR THE )
     SOUTHERN DISTRICT OF NEW YORK, INC., )
UNITED STATES COURT OF APPEALS )
     FOR THE SECOND CIRCUIT, INC., )
UNITED STATES COURT OF APPEALS )
     FOR THE FIFTH CIRCUIT, INC., )
UNITED STATES COURT OF APPEALS )
     FOR THE NINTH CIRCUIT, INC., )
Sidney Fitzwater, Clerk masquerading as Chief Judge )
Terry Means, Clerk masquerading as a Judge )
John McBryde, Clerk masquerading as a Judge )
Sam Cummings, clerk masquerading as a Judge )
Joe Fish, Clerk masquerading as a Judge )
Steven M McNamee, Clerk masquerading as a Judge )
Neil V. Wake, Clerk masquerading as a Judge )
Carolyn Dineen King, Clerk masquerading as a Judge )
Carl E. Stewart, Clerk masquerading as a Judge )
Leslie H. Southwick, Clerk masquerading as a Judge, )
Paul Stickney, Clerk masquerading as a Magistrate Judge )
Edith Jones, Clerk masquerading as Chief Judge )
Alex Kozinski, Clerk masquerading as a Chief Judge )
Harry Pregerson, Clerk masquerading as a Judge )
Susan P Graber, Clerk masquerading as a Judge )
Sidney Runyon Thomas, Clerk masquerading as a Judge )
Richard A. Paez, Clerk masquerading as a Judge )
Richard C. Tallman, Clerk masquerading as a Judge )
Ralph R. Beistline, Clerk masquerading as a Judge )
George H. King, Clerk masquerading as a Judge )
Audrey B. Collins, Clerk masquerading as a Judge )
Susan Yvonne Illston, Clerk masquerading as a Judge )
Anthony W. Ishi, Clerk masquerading as a Judge )
John Clifford Wallace, Clerk masquerading as a Judge )
Cathy Siebel, Clerk masquerading as a Judge )
Amalya L. Kearser, Clerk masquerading as a Judge )
Peter W. Hall, Clerk masquerading as a Judge )

Case Number

4-14CV-993-A

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 1 0 2014

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

Claim for Relief, by Declaration page 1

Jed S. Rakoff, Clerk masquerading as a Judge                          ]
                                         Wrongdoers                          ]

---

## CLAIM FOR RELIEF BY DECLARATION

Pursuant to Rule 201 of your Rules of Evidence, I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, hereinafter known as the Demandant, a sovereign living soul, a Texas citizen, and thereby an American national, and a holder of the office of "the people", and a judicial power citizen by right of blood, hereby petitions My servants in the government for a redress of his grievances pursuant to his Article One in Amendment unlimited and un-regulatable right, as a belligerent claimant

**"The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a <u>fighting clause</u>. Its benefits can be retained <u>only by sustained combat</u>. It <u>can not be retained by attorney or solicitor</u>. It is valid only when <u>insisted upon by a belligerent claimant in person</u>. The one who is <u>persuaded by honeyed words or moral suasion to testify or produce documents</u> rather than make a last ditch stand, simply loses the protection. Once he testifies to part, he has waived his right and must on cross examination or otherwise, testify as to the whole transaction. He must <u>refuse to answer or produce</u>, and test the matter in contempt proceedings, or by habeas corpus."** District Judge James Alger Fee <u>United States v. Johnson</u>, 76 F. Supp. 538 (at page 540) District Court, M.D. Pennsylvania Feb. 26, 1947, and further,

## NOTICE TO ALL CLERKS MASQUERADING AS JUDGES AND DEMAND FOR COMMON LAW AND ARTICLE III COURT

1.     These Wrongdoers named herein each know that the Constitution for the United States of America requires that the Demandant be provided with lawful Article III Judges

**"ART. III. § 1. The judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may, from time to time, ordain and establish. The judges, both of the Supreme and inferior courts, shall hold their offices during good behaviour; and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.**
**§ 2. <u>The judicial power shall extend to all cases, in law</u> and equity, arising under this Constitution, <u>the laws of the United States</u>, and treaties made, or which shall be made, under their authority; to all cases affecting ambassadors, other public ministers, and consuls; to all cases of admiralty and maritime jurisdiction; to controversies to which the United States shall be a party;- to controversies**

between two or more States, between a State and citizens of another State, between citizens of different States, between citizens of the same State claiming lands under grants of different States, and between a State, or the citizens thereof and foreign States, citizens or subjects." 1 Stat. 17-18, and further,

2.  These Wrongdoers named herein each know that when dealing with any statute, Judges cease to be judges and become United Nations Clerks, who are working for the Agency involved

""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts administrating or enforcing statutes do not act judicially, but merely ministerially....but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..." K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..." 30 Cal 596; 167 Cal 762, and further,

3.  These Wrongdoers named herein each know that all United Nations Clerks masquerading as Judges have no immunity and are fully liable, in their personal capacity for their actions

"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

"When enforcing mere statutes, judges of all courts do not act judicially" (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - -

"but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

**Immunity for judges does not extend to acts which are clearly outside of their jurisdiction.** Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

**"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [*300] that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."** 188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242, and further,

4.      These Wrongdoers named herein each know that when Judges become United

Nations Clerks, everything they do is a fraud, because they have said hundreds of times

that they must have "the appearance of justice" which means the color of justice,

**"Colour of Law – Mere semblance of a legal right. An action done under colour of law is one done with the <u>apparent authority of law but actually in contravention of law.</u>"** Barron's Canadian Law Dictionary, Sixth Edition, page 51 [emphasis added]

**"Color" means "<u>An appearance, semblance, or simulacrum, as distinguished from that which is real.</u> A <u>prima facia</u> or <u>apparent</u> right. Hence, a deceptive <u>appearance</u>, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable."** Black's Law Dictionary, 5th Edition, on page 240. [emphasis added]

**"Colour, color. Signifies a probable plea, but which is in fact false…"** Tomlin's Law Dictionary 1835, Volume 1

which is a fraud, and they even dismiss court cases that "are not colorable enough",

which means there is not enough fraud in the pleadings, and everything they do is a

fraud and a lie, which is further proof their seditious conspiracy as described herein, and

further,

5.      These Wrongdoers named herein each  know that all United Nations Clerks

masquerading as Judges are holding a kangaroo court;

**"Kangaroo court. <u>Term descriptive of a sham legal proceeding in which a person's rights are totally disregarded and in which the result is a foregone</u>**

**conclusion because of the bias of the court or other tribunal.**" Black's Law Dictionary, 6th Edition, page 868,

which is consistent with the fact that everything they do is a fraud under the color of law, and is the appearance of justice ONLY, and further,

6.      These Wrongdoers named herein each  know that all United Nations Clerks masquerading as Judges are using their Uniform Commercial Code which is controlled and regulated by their UNIDROIT Treaty (International Institute for the Unification of Private Law), which the UNITED STATES, INC., has been a signatory to for over 30 years, which is unconstitutional, because the Treaty power can ONLY be used externally,

**"but Madison insisted that just "because this power is given to Congress," it did not follow that the Treaty Power was "absolute and unlimited." The President and the Senate lacked the power "to dismember the empire," for example, because "[t]he exercise of the power must be consistent with the object of the delegation." "The object of treaties," in Madison's oft-repeated formulation, "is the regulation of intercourse with foreign nations, and is external.**" Bond v United States 572 US _____ (2014) case number 12-158 [emphasis added]

**"Today, it is enough to highlight some of the structural and historical evidence suggesting that the Treaty Power can be used to arrange intercourse with other nations, but not to regulate purely domestic affairs.**" Bond v United States 572 US _____ (2014) case number 12-158 [emphasis added]

and they have no authority to use their UNIDROIT Treaty in America, and their use  of their Uniform Commercial Code is unconstitutional

**"The government of the United States . . . is one of limited powers. It can exercise authority over no subjects, except those which have been delegated to it. Congress cannot, by legislation, enlarge the federal jurisdiction, nor can it be enlarged under the treaty-making power**" Mayor of New Orleans v. United States, 10 Pet. 662, 736 [emphasis added]

and all United Nations Clerks masquerading as Judges know that they have no obligation of obey an unconstitutional law

**"No one is bound to obey an unconstitutional law and no courts are bound to enforce it."** 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256

therefore they are knowingly, willing, intentionally, deliberately, calculatedly, and maliciously engaging in a seditious conspiracy, since the Demandant is the lawful government in America, and further,

7.     These Wrongdoers named herein each know that no court is bound to enforce an unconstitutional law

**"No one is bound to obey an unconstitutional law and no courts are bound to enforce it."** 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256

therefore all United Nations Clerks masquerading as Judges are NOT representing the government

**"An officer who acts in violation of the Constitution ceases to represent the government".** Brookfield Const. Co. v. Stewart, 284 F. Supp. 94

and are operating in their private capacity, which further supports the fact that they are fully liable in their private capacity for their actions, and further,

8.     These Wrongdoers named herein each know that all United Nations Clerks masquerading as Judges are NOT competent to do anything judicial, and if they attempt to do anything judicial like issue warrants, or subpoenas, or orders, or anything else judicial, it is a nullity;

**"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities"** Burns v. Sup., Ct., SF, 140 Cal. 1, and further,

9.     These Wrongdoers named herein each know that ignorance of the law is no excuse and all officers of the court are presumed to know the law

**"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."** In re McCowan (1917), 177 C. 93, 170 P. 1100.

**"It is one of the fundamental maxims of the common law that ignorance of the law excuses no one."** Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.

**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398, and further,

10.     These Wrongdoers named herein each  know that all United Nations Clerks

masquerading as Judges in Texas are impersonating a public official, which is a felony

**"(a)  A person commits an offense if he:**
**(1) impersonates a public servant with intent to induce another to <u>submit to his</u>**
**<u>pretended official authority</u> or to rely on his <u>pretended official acts</u>;  or**
**(2)  knowingly purports to exercise any function of a public servant or of a public**
**office, <u>including that of a judge and court</u>, and the position or office through**
**which he purports to exercise a function of a public servant or public office <u>has</u>**
**<u>no lawful existence under the constitution or laws of this state or of the United</u>**
**<u>States</u>.**
**(b)  An offense under this section is a felony of the third degree."** Texas Penal
Code, Section 37.11. IMPERSONATING PUBLIC SERVANT, [emphasis added], and
further,

11.     These Wrongdoers named herein each  know that lawful de jure Article III

Judges deserve respect, but United Nations Clerks masquerading as Judges deserve

contempt because they are perjuring their oaths, and are engaged in treason and

sedition, as described herein, and further,


12.     Because these Wrongdoers, named herein and others known and unknown,

intend to fabricate evidence of their US citizen fictitious entity slave, and thereby use

their Roman Civil Law quasi contracts, to enslave the Demandant, as described herein,

therefore in order to make absolutely clear that the Demandant is not interested in any

of their so-called benefits, under any circumstances whatsoever, all United Nations

Clerks masquerading as Judges are Noticed, now and forever, that the Demandant has

nothing but contempt for all United Nations Clerks masquerading as Judges, and they

can put their equity and their statutes and their codes, rules, and regulations, up their

rectal orifice, and further,


13.     The Demandant **<u>DEMANDS</u>** a lawful judge under the Constitution for the United

States of America, Article III, and common law, as contemplated by the founding

fathers, and anything else is a violation of the Demandant's rights;

**"It is a fundamental right of a party to have a neutral and detached judge preside**
**over the judicial proceedings."** Ward v Village of Monroeville, 409 U.S. 57, 61-62, 93
S.Ct 80, 83, 34 L.Ed. 2d 267 (1972); Tumey v Ohio, 273 U.S. 510, 5209, 47 S. Ct. 437,
440, 71 L.Ed. 749 (1927), and further,

14.     The Demandant fully comprehends how these United Nations Clerks masquerading as judges, on this court and numerous other courts, some of whom are named herein, have repeatedly denied the Demandant a remedy because it supports their bankruptcy and their bankster handlers, and it makes so much business for their kangaroo court, and they can thereby justify their existence, as explained in the Demandant's Youtube videos under the profile sovereignliving, and whether the Judge in this case is actually a Judge, or in reality a United Nations Clerk is yet to be seen, and further,

15.     When the Demandant gets a lawful Article III Judge, they will get the respect they deserve, and not before, and further,

## **DEMAND FOR RELIEF**

16.     This Claim for Relief is brought because the Demandant is an American national, and a Texas State citizen as described in the Constitution for the United States of America Article 4, Section 2, Clause 1, and there are no true State Courts available because all so-called state courts are actually national courts with United Nations Clerks masquerading as judges, with US citizens as officers of the corporate commercial court, under the national UNIDROIT Treaty, and all of the Wrongdoers in this case are US citizens

**"There has been created a fictional federal State (of) xxxxxx within a state. See Howard v. Sinking Fund of Louisville, 344 U.S. 624, 73 S.Ct. 465, 476, 97 L.Ed. 617 (1953)";** Schwarts v. O'Hara TP School District, 100 A 2d. 621, 625, 375, Pa. 440, and further,

17.     Even though your Rule 201 of your Rules of Evidence, is foreign to the Demandant, as a man, the Demandant intends to compel the Judge to give judicial notice, since so many of them like to be a Clerk masquerading as a Judge, and thereby pretend that some things are not said, and further,

18.     The use by the Demandant of any statutes, codes, rules, regulations, or court citations, within any document created by the Demandant, at any time, is only to notice

that which is applicable to the Demandant's servants, and is not intended, nor be construed, to mean that the Demandant has conferred, submitted to, or entered into any jurisdiction alluded to thereby, and further,

19.    The Demandant is not in ANY event, making any pleadings, or otherwise begging, and is NOT a Plaintiff, or anything but a Demandant. This is a **Claim for Relief**, and nothing else, and further,

20.    The Demandant fails to see how your purported statutes remain consistent with common law as those two branches of law are as separate and apart as a dog is to a cat, common law to slave law, and DEMANDS a common law remedy in this matter and for this reason has NOT mentioned anything about your color of law statutes, codes, rules or regulations, like your 18 USC § 242, or your 18 USC § 241, or your 18 USC § 2384, or your 42 USC § 408, or your 42 USC § 1983, and again, DEMANDs a lawful Article III Judge, and a common law remedy, and any Judge who tries to provide a statutory remedy is a Clerk masquerading as a Judge, and is an imposter, and further,

## THE PARTIES

21.    The Demandant is a sovereign living soul, a holder of the office of "the people", a judicial power citizen by right of blood, an American national, and a Texas state Citizen as described herein, and further,

22.    UNITED STATES, INC., is a bankrupt federal municipal corporation with an unconstitutional delegation of authority, set up in 1871, that is masquerading as the government of the United States of America,

**"As used in this chapter:**
**(15) "United States" means—**
**(A) a Federal corporation;**
**(B) an agency, department, commission, board, or other entity of the United States; or**
**(C) an instrumentality of the United States."** 28 USC § 3002 Definitions [emphasis added]

and is owned and operated by the International Monetary Fund and the World Bank, as described herein, and further,

23.     UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, INC., is a subsidiary of UNITED STATES, INC., and is masquerading as a Court, and the officers thereof are United Nations Clerks masquerading as Judges, as described herein, and further,

24.     UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., is a subsidiary of UNITED STATES, INC., and is masquerading as a Court, and the officers thereof are United Nations Clerks masquerading as Judges, as described herein, and further,

25.     UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., is a subsidiary of UNITED STATES, INC., and is masquerading as a Court, and the officers thereof are United Nations Clerks masquerading as Judges, as described herein, and further,

26.     UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, INC., is a subsidiary of UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, INC., and is masquerading as a Court, and the officers thereof are United Nations Clerks masquerading as Judges, as described herein, and further,

27.     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., is a subsidiary of UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., and is masquerading as a Court, and the officers thereof are United Nations Clerks masquerading as Judges, as described herein, and further,

28.     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, INC., is a subsidiary of UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is masquerading as a Court, and the officers thereof are United Nations Clerks masquerading as Judges, as described herein, and further,

29.     Sidney Fitzwater is a bought and paid for Clerk masquerading as Judge for the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and was at all material times Chief Judge for the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and is a BAR member, and is being sued in his personal capacity, and official capacity, and further,

30.     Terry Means is a bought and paid for Clerk masquerading as a Judge for the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and is a BAR member, and is being sued in his personal capacity, and official capacity, and further,

31.     Sam R. Cummings is a bought and paid for Clerk masquerading as Judge for the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and is a BAR member, and is being sued in his personal capacity, and official capacity, and further,

32.     John McBryde is a bought and paid for Clerk masquerading as Judge for the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and is a BAR member, and is being sued in his personal capacity, and official capacity, and further,

33.     Joe Fish is a bought and paid for Clerk masquerading as Judge for the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and is a BAR member, and is being sued in his personal capacity, and official capacity, and further,

34.     Paul Stickney is a bought and paid for Clerk masquerading as Magistrate Judge for the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and is a BAR member, and is being sued in his personal capacity, and official capacity, and further,

35.     Edith Jones, is a bought and paid for Clerk masquerading as Chief Judge for the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., and is a

BAR member, and is being sued in her personal capacity, and official capacity, and further,

36.   Carolyn Dineen King is a bought and paid for Clerk masquerading as Judge for the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., and is a BAR member, and is being sued in her personal capacity, and official capacity, and further,

37.   Carl E. Stewart is a bought and paid for Clerk masquerading as Judge for the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal capacity, and official capacity, and further,

38.   Leslie H. Southwick is a bought and paid for Clerk masquerading as Judge for the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., and is a BAR member, and is being sued in her personal capacity, and official capacity, and further,

39.   Stephen M. McNamee is a bought and paid for Clerk masquerading as Judge for the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, INC., and is a BAR member, and is being sued in his personal capacity, and official capacity, and further,

40.   Neil V. Wake is a bought and paid for Clerk masquerading as Judge for the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, INC., and is a BAR member, and is being sued in his personal capacity, and official capacity, and further,

41.   Alex Kozinski is a bought and paid for Clerk masquerading as a Chief Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

42.    Sidney Runyon Thomas is a bought and paid for Clerk masquerading as a Circuit Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

43.    Richard A. Paez is a bought and paid for Clerk masquerading as a Circuit Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

44.    Richard C. Tallman is a bought and paid for Clerk masquerading as a Circuit Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

45.    Ralph R. Beistline is a bought and paid for Clerk masquerading as a Chief District Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

46.    George H. King is a bought and paid for Clerk masquerading as a Chief District Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

47.    Audrey B. Collins is a bought and paid for Clerk masquerading as a Chief District Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

48.    Susan Yvonne Illston is a bought and paid for Clerk masquerading as a District Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT,

INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

49.     Anthony W. Ishi is a bought and paid for Clerk masquerading as a District Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

50.     John Clifford Wallace is a bought and paid for Clerk masquerading as a Circuit Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

51.     Susan P. Graber is a bought and paid for Clerk masquerading as a Circuit Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

52.     Harry Pregerson is a bought and paid for Clerk masquerading as a Circuit Judge in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

53.     Cathy Siebel is a bought and paid for Clerk masquerading as a Judge in the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, INC., and is a BAR member, and is being sued in her personal and official capacity, and further,

54.     Amalya L. Kearse is a bought and paid for Clerk masquerading as a Circuit Judge in the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, INC., and is a BAR member, and is being sued in her personal and official capacity, and further,

55.     Peter W. Hall is a bought and paid for Clerk masquerading as a Circuit Judge in the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

56.    Jed S. Rakoff is a bought and paid for Clerk masquerading as a District Judge in the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, INC., and is a BAR member, and is being sued in his personal and official capacity, and further,

## THE FACTS

57.    On 27 May, 2002, the Demandant was travelling from the land of British Columbia to the land of Washington state when 2 of John Ashcroft's hired thugs at the border, named Steve Fickles who used the pseudonym of David Vincent, and his supervisor Patricia Schmidt who used the pseudonym of Eileen McFadyen, who worked for Ashcroft's IMMIGRATION AND NATURALIZATION SERVICE, INC., assaulted (unlawfully arrested) the Demandant and his family because the Demandant's wife Constance did not have one of their licenses (green card) to travel home to the land of Arizona and had no hearsay evidence that she was one of their US citizen slaves, under the color of their codes, rules, and regulations, when they knew that at common law the wife takes on the nationality of the husband and father

**"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father.  That is common-law doctrine."** In Re Page 12 F (2d) 135.", and further,

58.    Fickles and Schmidt, under instructions from Ashcroft, stopped (unlawfully arrested) the Demandant's wife from travelling home with the Demandant, unless she tendered an excise tax of  $150.00 in Federal Reserve Notes for a parole license, <u>which was sure to be approved,</u> thereby converting a right into a privilege, and she was forced to live in exile on the land of British Columbia and Alberta for 2 years, and further,

59.    The Demandant filed a lawsuit in the trust called United States District Court for the District of Arizona, and setoff the excise tax with a postal money order, and it was assigned to McNamee and was given case number CV-02-02230-PHX-SMM, and in the Petition the Demandant demanded a lawful Article III Judge, and further,

60.    On 16 September 2003 McNamee converted the case over to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, INC., and then dismissed the case claiming that the Demandant was wanting him to grant US citizenship slave status, thereby demonstrating that McNamee intended to be a Clerk masquerading as a Judge, and thereby demonstrating that McNamee intends to call it a quasi-contract, so he could impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, to aid and abet Ashcroft's hired thugs at the border to make war on the Demandant, and further,

61.    McNamee even falsely accused the Demandant of being one of his US citizen slave corporations, when McNamee knew that a US citizen is a cesti que trust and does not exist, which is further proof of McNamee's intent to work as a Clerk, masquerading as a Judge, and it is proof that McNamee had pre-judged the case, and was NOT neutral, or unbiased, and demonstrating that he intends to call it a quasi-contract so he can impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, to aid and abet Ashcroft's hired thugs at the border to make war on the Demandant, and McNamee has no intention of honoring his oath, and intends to aid and abet Fickles and Schmidt, in their treason and sedition, and further,

62.    The Demandant filed a Notice of Appeal to the trust called United States Court of Appeals for the Ninth Circuit, and setoff the excise tax with a postal money order, and it was given case number 03-17230, and in the Petition the Demandant demanded a lawful Article III Judge, and further,

63.    On 19 October 2004, Pregerson, Nelson, and Graber converted the case over to the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and issued an unpublished Memorandum in which they agreed with the lower court that the Demandant was wanting somebody to grant US citizenship slave status for the Demandant's wife, thereby demonstrating that Pregerson, Nelson, and Graber intended to be Clerks masquerading as Judges, and it is proof that Pregerson, Nelson, and Graber had pre-judged the case, and were NOT neutral, or unbiased, and thereby

demonstrating that Pregerson, Nelson, and Graber intend to call it a quasi-contract, so that they can impose their unconstitutional Uniform Commercial Code and their unconstitutional UNIDROIT Treaty on the Demandant, to aid and abet Ashcroft's hired thugs at the border to make war on the Demandant, and they have no intention of honoring their oaths, and further,

64.     In the year 2008 the Demandant filed a lawsuit against the Crown et al, in the trust called United States District Court for the Northern District of Texas, and it was assigned case number 3-08-CV-01204-G and in the Petition the Demandant demanded a lawful Article III Judge, and Stickney got it and immediately converted it over to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and demanded that the Demandant set off their excise tax or make application for their informa pauperis status pursuant to their statute and associated code 28 U.S. Code § 1915 in order to fabricate evidence that the Demandant is one of their US citizen fictitious entities, thereby demonstrating that Stickney intended to be a Clerk masquerading as a Magistrate Judge, and it  is proof that Stickney had pre-judged the case, and was NOT neutral, or unbiased, and thereby demonstrating that Stickney intended to call it a quasi-contract, so that he could impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, as described herein, and further,

65.     In order to establish their US citizen fictitious entity, the informa pauperis paperwork requires;
   a)     Income – which is corporate profits
   b)     Spouse name – which is a person (US citizen)
   c)     Assets – part of a corporate balance sheet
   d)     Liabilities – part of a corporate balance sheet
   e)     Credit card debts – ONLY available to US citizens
   f)      Mortgage – ONLY available to US citizens
   g)     All or part of a Social Security Number – US citizens ONLY
   h)     Persons who rely for support – US citizens

    i)      Employment – government employee (US citizen)

    j)      Retirement – government employees (US citizens), and further,

66.    The Demandant made application for their informa pauperis status without engaging in fraud and bearing false witness, with a Declaration explaining the reasons for the answers, but Stickney did not like that the Demandant could not provide much information, since the Demandant is not a corporation, and the Stickney recommended that Fish dismiss the case, thereby further demonstrating that Stickney intended to be a Clerk masquerading as a Magistrate Judge, and it is proof that Stickney had pre-judged the case, and was NOT neutral, or unbiased, and thereby demonstrating that Stickney intended to call it a quasi-contract so that Stickney could impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, and Stickney has no intention of honoring his oath, and further,

67.    On the 17th day of November 2008. Fish dismissed the case, thereby demonstrating that Fish intended to be a Clerk masquerading as a Judge, and proof that Fish had pre-judged the case, and was NOT neutral, or unbiased, and thereby demonstrating that Fish intended to call it a quasi-contract so that Fish could impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, and in furtherance of his conspiracy with Stickney, and further,

68.    The Demandant appealed to the trust called United States Court of Appeals for the Fifth Circuit, and  it was assigned case 09-10085, and in the Petition the Demandant demanded a lawful Article III Judge, and they immediately converted it over to the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC.,  and demanded that the Demandant set off their excise tax or make application for their informa pauperis status pursuant to their statute and associated code 28 U.S. Code § 1915 in order to fabricate evidence that the Demandant is one of their US citizen

fictitious entity, and the Demandant made application in the same way that was done with Stickney, and further,

69.     The Demandant made application for their informa pauperis status without engaging in fraud and bearing false witness, with a Declaration explaining the reasons for the answers, but Fish did not like that the Demandant could not provide much information, since the Demandant is not a corporation, and Fish denied the Demandant's application, an made a statement that the Demandant was acting in "bad faith" in order to set up his conspiracy with his Clerk buddies in the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., thereby further demonstrating that Fish intended to be a Clerk masquerading as a Judge, and further his conspiracy with Stickney, and thereby demonstrating that Fish intended to call it a quasi-contract so that he could impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and Fish's intent to make war on the Demandant, and Fish has no intention of honoring his oath, and further,

70.     On 16 March 2009, King, Stewart, and Southwick, dismissed the case pursuant to their statute and code 28 U.S.C. § 2107(b) and Federal Rule of Appellate Procedure4(a)(1)(B), thereby further demonstrating that they intended to be Clerks masquerading as Judges, and it is proof that King, Stewart, and Southwick had pre-judged the case, and were NOT neutral, or unbiased, and thereby demonstrating that King, Stewart, and Southwick intended to call it a quasi-contract so that they could impose their unconstitutional Uniform Commercial Code and their unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, and further their conspiracy with Fish and Stickney, and they have no intention of honoring their oaths, and further,

71.     On 11 March, 2009 the Demandant filed a lawsuit in the trust called United States District Court for the Southern District of New York,  and it was assigned case number 09-CIV-2271 (CS) and in the Petition the Demandant demanded a lawful Article III Judge, and it was assigned to Cathy Siebel who immediately converted it over to

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, INC., and on 27 April 2001 Siebel dismissed the case in attempt to aid and abet Wake the bought and paid for Clerk masquerading as a Judge, and also mentioned her statute 28 USC 1915(a)(3) to state that an appeal would be taken in "bad faith" in order to set up her conspiracy with her Clerk buddies in the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, INC., thereby demonstrating that Siebel intended to call it a quasi-contract, in order to impose her unconstitutional Uniform Commercial Code and her unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, and it  is proof that she had pre-judged the case, and was NOT neutral, or unbiased, and Siebel has no intention of honoring her oath, and further,

72.    The Demandant filed a Notice of Appeal to the trust called United States Court of Appeals for the Second Circuit,  and it was assigned case number 09-4116-CV and in the Petition the Demandant demanded a lawful Article III Judge, and on 8 March, 2010, Kearse, Hall, and Rakoff converted it over to UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, INC., and dismissed the case thereby demonstrating that Kearse, Hall, and Rakoff intended further their conspiracy with Siebel, and Kearse, Hall, and Rakoff intended to be Clerks masquerading as Judges, and it is proof that Kearse, Hall, and Rakoff had pre-judged the case, and were NOT neutral, or unbiased, and Kearse, Hall, and Rakoff intended to call it a quasi-contract so that they could impose their unconstitutional Uniform Commercial Code and their unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, and they have no intention of honoring their oaths, and further,

73.    The Demandant filed a Notice of Appeal to the trust called Supreme Court of the United States and on 11 May, 2010 the Clerk issued a Docketing letter with case number 09-10678, after which the United States Department of (so-called) Justice waived their right to respond, thereby admitting everything, and taking away any controversy, therefore there was nothing to rule on, and the case was dismissed, and further,

74.     Because of all of the federal Clerks masquerading as Judges that the Demandant has been seeing, on August 16, 2011, the Demandant filed a lawsuit against Federal Express Corporation (hereinafter FEDEX) in the Tarrant County District Court, and in the Petition the Demandant demanded a lawful Article III Judge, and once FEDEX had been served FEDEX removed it into the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and it was assigned to Means, as case number 4-12-CV-638-Y, and Means immediately ORDERED the Demandant to do electronic filing pursuant to Fitzwater's STANDING ORDER, and further,

75.     Fitzwater's STANDING ORDER is designed to fabricate evidence of their US citizen fictitious entity because part of the process is to fill out an electronic form online which includes a ZIP CODE, which is a Federal Zone in Texas, and the last 4 digits of a Social Security Number, which ONLY a US citizen has, as described herein, and that information must be filled in before anyone can do electronic filing, and further,

76.     The Demandant filed several Demands to proceed without Electronic Filing because the Demandant could not bear false witness by stating that the Demandant was in a federal zone, or had a Social Security Number, and Means insisted on the Demandant engaging in fraud by fabricating part of one of their fictitious social Security Numbers, and further engaging in fraud by claiming that the Demandant was in a federal zone of Texas, and simply denied the Demandant's Demand to Proceed without Electronic Filing with no explanation whatsoever, or justification, which is further proof that Means was a Clerk masquerading as a Judge and it is proof that Means had pre-judged the case, and was NOT neutral, or unbiased, and proof that Means intended to call it a quasi-contract so that he could impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, and Means has no intention of honoring his oath, and further,

77.     Means ultimately dismissed the case on 24 May, 2013, and thereby further demonstrating that Means intended to further his conspiracy with Fitzwater, and

intended to call it a quasi-contract so that he could impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and Means intent to make war on the Demandant, and Means has no intention of honoring his oath, and further,

78.     Demandant filed a Notice of Appeal into the trust called United States Court of Appeal for the Fifth Circuit, and it was given case number 13-10611, and in the Petition the Demandant demanded a lawful Article III Judge, and under instructions from Jones, the Clerk of the Court converted it over to UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., and demanded that the Demandant setoff the excise tax with IOU's (Federal Reserve Notes) or make application for their informa pauperis status pursuant to their statute and associated code 28 U.S. Code § 1915 in order to fabricate evidence that the Demandant is one of their US citizen fictitious entity, and the Demandant made application by filling out their form with a Declaration attached explaining how none of the information applied to the Demandant, in the form of a Demand to Proceed without the Setoff of Taxes, and further,

79.     Means denied, the Demandant's Demand to Proceed without the Setoff of Taxes, which is further proof of Means' intent to be a Clerk masquerading as a Judge, and Means further stated that the Appeal was taken in "bad faith" in order to set up his conspiracy with his Clerk buddies in the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., which is further proof that Means intended to further his conspiracy with Fitzwater, and Means intended be a Clerk masquerading as a Judge, and it is proof that Means had pre-judged the case, and was NOT neutral, or unbiased, and it is proof that Means intended to call it a quasi-contract, (or breach of contract – bad faith) in order to impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, and Means has no intention of honoring his oath, and further,

80.     The Demandant filed the Appeal Brief and on 30 September 2013, at the direction of Jones, the Clerk of the Court sent a letter to the Demandant stating that the Brief had been filed but needed to be corrected because the caption in the brief did not

use their fictitious war name nom de guerre "GLENN WINNINGHAM" instead of "Glenn Winningham; house of Fearn"

**"Under International Law of Warfare, all parties to a cause must appear by <u>nom de guerre</u>, because an "alien enemy cannot maintain an action <u>during the war</u> in his own name".** Merriam-Webster Dictionary, pg. 1534,

and the Demandant used "Petitioner" instead of their "Plaintiff-Appellant", and they had not received 4 copies of the Record Excerpts required by their Rule 30.1.2, and the Demandant talked to the Clerk of the Court in Fort Worth, and the Clerk of the Court said that they had sent them everything that was required to be sent, which is further proof that Jones intended to be in the conspiracy with Means and Fitzwater, and intended to be a Clerk masquerading as a Judge, and it is proof that Jones had pre-judged the case, and was NOT neutral, or unbiased, and intended to deny justice, and intended to call it a quasi-contract in order to impose her unconstitutional UNIDROIT Uniform Commercial Code upon the Demandant, and the intent to make war on the Demandant, and Jones has no intention of honoring her oath, and further,

81.    On 18 November 2013 the Clerk of the Court dismissed the case "for failure to prosecute" which was "ENTERED AT THE DIRECTION OF THE COURT", which is proof that Jones was a furthering her conspiracy with Means and Fitzwater, and intended to be a Clerk masquerading as a Judge in that matter, and proof that Jones had pre-judged the case, and was NOT neutral, or unbiased, and Jones and her Clerk buddies masquerading as Judges, can always find an excuse to deny justice, and thereby demonstrating that Jones intended to call it a quasi-contract, in order to impose her unconstitutional Uniform Commercial Code and her unconstitutional UNIDROIT Treaty on the Demandant, to make war on the Demandant, and Means was her accomplice with his "bad faith" order against the Demandant, and Jones has no intention of honoring her oath, and further,

82.    In April of 2013, the Demandant filed a lawsuit against the County of Navajo, Inc., Arizona and several officials in Pinal County Superior Court, Pinal County, Arizona for their theft and extortion under federal Statutes for the collection of property taxes, and it

was assigned case number CV201301026, and in the Petition the Demandant demanded a lawful Article III Judge, and further,

83.   On or about June 4, 2013, the Arizona Attorney General removed the case into the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, INC., and it was assigned to Steven P. Logan, and when the Demandant demanded a lawful Article III Judge, Logan had it (randomly????) reassigned to Wake, on 13 June 2013, and further,

84.   The Demandant filed a Demand to Remand to State Court and Wake denied the Remand pursuant to his statutes and codes identified as 28 USC 1331, and 28 USC 1367, and the Demandant further demanded that Wake recuse himself because the Demandant had filed;

   a)  an Affidavit of Criminal Complaint 052006 which is recorded with the Pinal County Recorder at Fee Number 2006-074772, and;

   b)  an Affidavit of Criminal Complaint 061406 which is recorded with the Pinal County Recorder at Fee Number 2006-087970, and;

   c)  an Affidavit of Criminal Complaint 071406 which is recorded with the Pinal County Recorder at Fee Number 2006-117064, and;

   d)  an Affidavit of Criminal Complaint 101406 which is recorded with the Pinal County Recorder at Fee Number 2006-148178, and;

   e)  an Affidavit of Criminal Complaint 041407 which is recorded with the Pinal County Recorder at Fee Number 2007-059087, and;

   f)  an Affidavit of Criminal Complaint 061407 which is recorded with the Pinal County Recorder at Fee Number 2007-073069, and;

   g)  an Affidavit of Criminal Complaint 021408 which is recorded with the Pinal County Recorder at Fee Number 2008-026906, and;

   h)  an Affidavit of Criminal Complaint 061408 which is recorded with the Pinal County Recorder at Fee Number 2008-054356, and;

   i)  an Affidavit of Criminal Complaint 101408 which is recorded with the Pinal County Recorder at Fee Number 2008-098897, and;

j)    an Affidavit of Criminal Complaint 051409 which is recorded with the Pinal
       County Recorder at Fee Number 2009-060322, and;

all of each of which are incorporated herein by reference in their entirety, and all of

which are now public policy, and Neil V. Wake was mentioned in each criminal

complaint to the point that Wake got 2 US Marshalls to visit the Demandant at the

Demandant's work place in Texas, to get the Demandant fired from the Demandant's

compensation for labor contract, and the Demandant subsequently filed a lawsuit

against Wake and others in the Southern District of New York, and Wake's buddy

Siebel dismissed the case, as described herein, and further,

85.     Wake refused to Remand the case back to State court using his statutes 28 USC

§ 1331, and 28 USC § 1367, thereby demonstrating that Wake intended to be a Clerk

masquerading as a Judge, and it is proof that Wake had pre-judged the case, and was

NOT neutral, or unbiased, and intended to call it a quasi-contract in order to impose his

unconstitutional UNIDROIT Uniform Commercial Code upon the Demandant, and the

intent to make war on the Demandant, and Wake has no intention of honoring his oath,

and further,

86.     Wake dismissed the case with prejudice in support of his IRS property tax

thieves in the County of Navajo, Inc., on 19 June, 2013, thereby demonstrating that

Wake intended to be a Clerk masquerading as a Judge, and proof that Wake had pre-

judged the case, and was NOT neutral, or unbiased, and thereby demonstrating that he

intended to call it a quasi-contract in order to impose his unconstitutional Uniform

Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and

the intent to make war on the Demandant, and Wake has no intention of honoring his

oath, and further,

87.     On 15 July, 2013, the Demandant filed a Notice of Appeal to the trust called

United States Court of Appeal for the Ninth Circuit, and it was given case number 13-

16448, and in the Petition the Demandant demanded a lawful Article III Judge, and the

Clerk of the Court immediately converted it over to the UNITED STATES COURT OF

APPEALS FOR THE NINTH CIRCUIT, INC., and demanded that the Demandant set off

their excise tax with IOU's (Federal Reserve Notes) or make application for their informa pauperis status pursuant to their statute and associated code 28 U.S. Code § 1915 in order to fabricate evidence that the Demandant is one of their US citizen fictitious entities, and further,

88.     The Demandant made application for their Informa pauperis status without engaging in fraud and bearing false witness, by attaching a Declaration to Proceed without the Payment of Taxes, and on July 22, 2013, Wake Denied the Demandant's Declaration to Proceed without the Payment of Taxes and further stated that the Demandant's Appeal was in "bad faith" in order to set up his conspiracy with his Clerk buddies in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., which is further proof that Wake intended to promote a conspiracy with the his Clerk buddies in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., and proof that Wake intended to be a Clerk masquerading as a Judge, and it is proof that Wake had pre-judged the case, and was NOT neutral, or unbiased, and he intended to call it a quasi-contract (or breach of contract – bad faith) in order to impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, and Wake has no intention of honoring his oath, and further,

89.     The Demandant filed a Judicial Complaint against Wake and it was received on 12 August 2013 and given case number 13-90146, and it was assigned to Kozinski, and further,

90.     On 23 September 2013, Kozinski, and some of his buddies, Wallace, Thomas, Paez, Tallman, Clifton, Beistline, Collins, King, Illston, and Ishi, who were all Clerks masquerading as Judges conspired together to dismiss the complaint under their rules, and sanctioning the Demandant for having the audacity of complaining about one of Kozinski's Clerk buddies masquerading as a Judge, and it is proof that Kozinski, Wallace, Thomas, Paez, Tallman, Clifton, Beistline, Collins, King, Illston, and Ishi,  had pre-judged the case, and were NOT neutral, or unbiased, which is further proof of their intend to aid and abet Wake in the theft of the Demandant's property, under the color of

their statutes, and further their conspiracy with Wake, and thereby demonstrating that they intended to call it a quasi-contract, in order to impose their unconstitutional Uniform Commercial Code and their unconstitutional UNIDROIT Treaty on the Demandant, and the intend to make war on the Demandant, and they have no intention of honoring their oaths, and further,

91.     On or about the 15th Day of July 2013, the Demandant filed a lawsuit against Napolitano and her Homeland Security thugs in the trust called United States District Court for the Northern District of Texas, in which the Demandant demanded a lawful Article III Judge, and the case was given case number 4-13-CV-576-c and it was assigned to Cummings, who immediately converted it over to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and demanded that the Demandant set off their excise tax or make application for their informa pauperis status pursuant to their statute and associated code 28 U.S. Code § 1915 in order to fabricate evidence that the Demandant is one of their US citizen fictitious entity, and thereby demonstrating that Cummings intended to call it a quasi-contract, in order to impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, and Cummings has no intention of honoring his oath, and further,

92.     The Demandant made application for their Informa pauperis status without engaging in fraud and bearing false witness, by attaching a Declaration to Proceed without the Payment of Taxes, and because the Demandant was not able to bear false witness by claiming that the Demandant has income, or a spouse, or persons dependent, or debts, or part of a Social Security Number, Cummings denied the Demandant's Demand to Proceed without the Setoff of Taxes on 23 July, 2013, and further,

93.     On 13 August, 2013, Cummings denied the Demandant's Demand to Proceed without the Payment of Taxes a second time, and dismissed the case, thereby demonstrating that Cummings intended to be a Clerk masquerading as a Judge, and it is proof that Cummings had pre-judged the case, and was NOT neutral, or unbiased,

and proof of Cummings' intent to call it a quasi-contract, in order to impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and his intent to make war on the Demandant, and Cummings has no intention of honoring his oath, and further,

94.     The Demandant filed a Notice of Appeal with the trust called United States Court of Appeals, and on 29 August, 2013, and it was given case number 13-10925, and in the Petition the Demandant demanded a lawful Article III Judge, the Clerk of the Court converted it over to the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., and demanded that the Demandant set off their excise tax with IOU's (Federal Reserve Notes) or make application for their informa pauperis status pursuant to their statute and associated code 28 U.S. Code § 1915 in order to fabricate evidence that the Demandant is one of their US citizen fictitious entity, and further,

95.     The Demandant made application for their Informa pauperis status without engaging in fraud and bearing false witness, by attaching a Declaration to Proceed without the Payment of Taxes, and Cummings denied the Demandant's Demand to Proceed without the Payment of Taxes and claimed that the Demandant was proceeding in bad faith, in order to set up his conspiracy with his Clerk buddies in the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., because the Demandant could not bear false witness, by becoming Cummings' slave, thereby demonstrating the Cummings had no intention of being a Judge, but intended to be a Clerk masquerading as a Judge, and it is proof that Cummings' had pre-judged the case, and was NOT neutral, or unbiased, and Cummings intended to conspire with his Clerk buddies in the UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, INC., to cause as much harm an injury as possible to the Demandant, and thereby demonstrating that Cummings intended to call it a quasi-contract (or breach of contract – bad faith) in order to impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and the intent to make war on the Demandant, and Cummings has no intention of honoring his oath, and further,

96.    On 21 October 2014, the Demandant filed a lawsuit against the Wells Fargo banksters for closing a bank account because the Demandant could not provide a Social Security Number in the trust called United States District Court for the Northern District of Texas, and it was given case number 4-14-CV-853-A and was assigned to McBryde, and in the Petition the Demandant demanded a lawful Article III Judge, and further,

97.    The first thing McBryde did was convert it over to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, INC., and send out a Notice of Deficiency in which McBryde demanded that the Demandant set off their excise tax or make application for their informa pauperis status pursuant to their statute and associated code 28 U.S. Code § 1915 in order to fabricate evidence that the Demandant is one of their US citizen fictitious entity,

98.    On 29 October 2014, the Demandant filed application for their informa pauperis status without bearing false witness and attached a Declaration to explain the answers in their form, and further,

99.    On 17 November the Demandant filed an Amended Claim for Relief and a Demand for Recusal because McBryde obviously intended to be a Clerk masquerading as a Judge by demanding their excise tax be setoff or their application for their informa pauperis status pursuant to their statute and associated code 28 U.S. Code § 1915, to fabricate evidence that the Demandant is one of their US citizen salves, and further,

100.    On 19 November 2014, McBryde dismissed the case because his application for their informa pauperis status did not have the information necessary to show that the Demandant is one of their US citizen slaves, and McBryde further ordered that all of the documents be unfiled, which is proof of McBryde's intent to be a Clerk masquerading as a Judge, and it is proof that McBryde had pre-judged the case, and was NOT neutral, or unbiased, and McBryde intended to deny the Demandant's right to appeal, and he intended to call it a quasi-contract in order to impose his unconstitutional Uniform Commercial Code and his unconstitutional UNIDROIT Treaty on the Demandant, and

the intent to make war on the Demandant, and McBryde has no intention of honoring his oath, and further,

## THE LAW

101.   These Wrongdoers named herein each  know that a Social Security Number is a number for a cestui que trust

**"A "*citizen of the United States*" is a civilly dead entity operating as a co-trustee and co-beneficiary of the *PCT (Public Charitable Trust)*, the constructive, *cestui que trust* of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc."** Congressional Record, June 13 1967, pp. 15641-15646

**". . . (E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction . ."** In Re Bolens (1912), 135 N.W. 164, and further,

102.   These Wrongdoers named herein each know that under their Federal codes, anyone who has a Social Security Number is a government employee;

**"(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits)."** 5 USC § 552a.(a)(13) [emphasis added]

and a US citizen is a "person"

**"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside."** Section 1, 14th Amendment [emphasis added]

and a "person" is an individual, and an individual is a fictitious entity as found in federal Statutes at Large

**"Chap. LXXI. - An Act prescribing the form of the enacting and resolving Clauses of Acts and Resolutions of Congress, and Rules of construction therefore."** which was approved on Feb 25, 1871, in Volume 16, Forty-First Congress, Session III, under Sec. 2., at 16 Stat. 431, says;
**"And be it further enacted that in all Acts hereinafter passed...; and the word "person" may extend and be applied to bodies politic and corporate..."**, [emphasis added]

which is consistent with their federal codes

**"Person The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation."** 26 USC 7701 (a) (1)

**"(2) the term "individual" means a citizen of the United States or an alien lawfully admitted for permanent residence;"** 5 USC § 552a.(a)(2)

and it is consistent with that their courts are saying;

**Inasmuch as <u>every government</u> is an <u>artificial person</u>, an abstraction, and a <u>creature of the mind only</u>, a government can interface <u>only with other artificial persons.</u> The imaginary, having <u>neither actuality nor substance,</u> is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that <u>no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.</u>** Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795),

**"...it might be correctly said that there is no such thing as a citizen of the United States. ..... A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing."** Ex Parte Frank Knowles, 5 Cal. Rep. 300

and a US citizen has no rights and is a piece of property;

**"After the adoption of the 14th Amendment, a bill which became <u>the first Civil Rights Act was introduced in the 39th Congress, the major purpose of which was to secure to the recently freed Negroes all the civil rights secured to white men... (N)one other than citizens of the United States were within the provisions of the Act.</u>"** Hague v. C. I. O., 307 U. S. 496, 509. [emphasis added]

**"Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity."** Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.

**"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government."** Maxwell v Dow, 20 S.C.R. 448, at pg 455;

**"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States,"** US vs. Valentine 288 F. Supp. 957, and further,

103.   All of these Wrongdoers named herein each know that the Demandant is a State citizen and NOT a US citizen

**"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution."** Van Valkenburg v. Brown, 43 Cal 43.

**"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested."** Maxwell v Dow, 20 S.C.R. 448, at pg 451

**"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."** McDonel v State, 90 Ind. Rep. 320 at pg 323;

**"Privileges and immunities clause of the Fourteenth Amendment protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship. 14,§ 1."**
Jones v Temmer, 829 F.Supp. 1226 (D.Colo. 1993),

and prior to the so-called Fourteenth Amendment, the ONLY citizenship that really existed was State citizens, and US citizenship was derivative and dependent upon being a State citizen first, and the so-called Fourteenth Amendment converted citizenship in America into the opposite of what the founding fathers intended;

**"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependent" upon state citizenship."** Colgate v Harvey 296 US 404 at p 427

**"Fourteenth Amendment. The Fourteenth Amendment of the Constitution of the United States, ratified in 1868, <u>creates or at least recognizes for the first time a citizenship of the United States, as distinct from that of the states;"</u>**
Black's Law Dictionary 6th Edition page 657 [emphasis added],

and State citizens are talked about in the Constitution for the United States of America, which says;

"**The citizens of each State [State Citizens] shall be entitled to all privileges and immunities of citizens in the several States [US citizens].**" Constitution for the United States of America, Article IV, § 2, Clause 1, [emphasis added] 1 Stat. 18, and,

"citizens in the several states" as described in the Constitution for the United States of America, Article IV, § 2, Clause 1, are US citizens, as differentiated from State citizens as described by "citizens of each State", and the Petitioner is a State citizen as described in the Northwest Ordinance;

"**An Ordinance for the government of the Territory of the United States north-west of the river Ohio.**" which was "**Done by the United States in Congress assembled, the thirteenth day of July, in the year of our Lord one thousand seven hundred and eighty-seven, and of their sovereignty, and independence the twelfth.**", at 1 Stat. 51.,

which talks about "citizens of Virginia" and "a citizen of one of the several states";

"***Be it ordained by the authority aforesaid,...*who have heretofore professed themselves citizens of Virginia,...**
***Be it ordained by the authority aforesaid,...*provided that no person shall be eligible or qualified to act as a representative, unless he shall have been a citizen of one of the United States three years,...provided also, that a freehold in fifty acres of land in the district, having been a citizen of one of the States...**" [emphasis added] and,

and the Articles of Confederation talk about state citizens where it says the free inhabitants of each of these States, [State Citizens]...., shall be entitled to all privileges and immunities of free citizens in the several States [US citizens]; and the people of each State [State citizens];

"**The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the free inhabitants of each of these States, [State Citizens] paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several States [US citizens]; and the people of each State [State citizens] shall have free ingress and regress to and from any other State,....**" Articles of Confederation, Article 4. § 1., [emphasis added], at 1 Stat. 4,

which means that an Article III court has a duty to protect the Demandant's property, and the Demandant's rights are the Demandant's property, and an Article III court may NOT convert a right into a privilege by selling their justice, and these Wrongdoers named herein each know it, and further,

104.   These Wrongdoers named herein each know that a filing fee is an excise tax for the privilege (implied license) of proceeding in the Court

**"2. The requirement of payment for such <u>licenses is only a mode of imposing taxes</u> on the licensed business, and the prohibition, under penalties, against carrying on the business without <u>license is only a mode of enforcing the payment of such taxes</u>. 5. The recognition by the acts of Congress of <u>the power and right of the states to tax, control, or regulate any business</u> carried on within its limits is entirely consistent with an intention on the part of Congress to tax such business for national purposes."** License Tax Cases 72 U.S. (5 Wall.) 462 (1866), and further,

105.   These Wrongdoers named herein each  know that a license is a contract and all of the above mentioned Wrongdoers know that because they always claim that the Demandant is proceeding in bad faith

**"License, <u>contracts</u>, is a right given by some competent authority to do an act, which without such authority would be illegal. The instrument or writing which secures this right is also called a license. Vide Ayl.Parerg. 353; 15 Vin.Ab 92; Ang. Wat. Co. 61, 85. <u>A license is express or implied</u>. An express license is one in which in direct terms authorizes the performance of a certain act; as a license to keep a tavern by public authority. An implied license is one which though not expressly given, <u>may be presumed from the acts of the party having the right to give it</u>."** Bouvier's Law Dictionary 1843 Edition, Volume 2, page 53 [emphasis added], and further,

106.   These Wrongdoers named herein each know that a filing fee (excise tax) is converting a right into a privilege for State citizens, by the above mentioned Wrongdoers

**"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."** Murdock v. Pennsylvania, 319 US 105

**"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."** Sherer v. Cullen, 481 F 946

**"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."** Shuttlesworth v. City of Birmingham Alabama, 373 US 262,

and by compelling the setoff of their excise tax, they are compelling the use of their Federal Reserve Notes, and they have no authority to compel the use of their private money system that is intended for internal use of the government ONLY, and further,

107.    These Wrongdoers named herein each  know that a under their Uniform Commercial Code and its controlling UNIDROIT Treaty, all of which is unconstitutional as described herein, all court cases are commercial transactions;

**"'Action' in the sense of a judicial proceeding includes recoupment, counterclaim, set-off, suit in equity, and any other proceedings in which rights are determined:"** UCC 1-201(1), and further,

108.    These Wrongdoers named herein each  know that a at common law they have no right to sell their justice, or deny their justice as affirmed by Chapter 40 of the Magna Carta which says;

**"To no one will we sell, to no one will we refuse or delay, right or justice."**

which is why they are so intent on getting their IOU's (Federal Reserve Notes) for their filing fee (excise tax) because at common law ONLY gold or silver coin are legal tender

**"At common law only gold and silver were a legal tender. (2 Inst. 577.)"** McClarin v. Nesbit, 2 Nott & McC. (11 S.C.L.) 519 (1820),

and since Federal Reserve Notes are Bills of Credit

**"The said notes <u>shall be obligations of the United States"</u>** 12 USC § 411 [Emphasis added]

which means that everything purchased with Federal Reserve Notes, is purchased on the credit of UNITED STATES, INC., therefore UNITED STATES, INC., <u>is the owner</u>, which also means that in addition to be a government employee, as described herein, whoever uses Federal Reserve Notes is bankrupt and a pauper, and at common law paupers have no rights which is why they are so adamant about their informa pauperis application as affirmed by Article 4 of the Articles of Confederation

**"The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, <u>the free inhabitants of each of these States,</u> [State Citizens] paupers, vagabonds, and fugitives from justice excepted, <u>shall be entitled to all privileges and immunities of free citizens in the several States [US citizens]</u>; and <u>the people of each State [State citizens]</u> shall have free ingress and regress to and from any other State,...."** Articles of Confederation, Article 4. § 1., [emphasis added], at 1 Stat. 4,

and anyone using Federal Reserve Notes is being supported at government expense

"pauper. A very poor person, esp. <u>one who receives</u> aid from charity or <u>public funds</u>; INDIGENT. See IN FORMA PAUPERIS." Black's Law Dictionary, 9th Edition, page 1243

"Pauper. A person so poor that he <u>must be supported at public expense</u>. A suitor who, on account of poverty, is allowed to sue or defend without being chargeable with costs; also, an indigent criminal defendant who has a right to assigned defense counsel. Fed.R.Crim.P. 44; Fed.R.App.P. 24. See Counsel, right to; indigent; Pauper's oath." Black's Law Dictionary, 5th Edition, Page 1015

all of which supports their agenda to replace common law with their plenary martial law, military dictatorship, in support of their seditious conspiracy, as described herein, and further,

109.   These Wrongdoers named herein each  know that Federal Reserve Notes are meant ONLY for internal use of the government by government employees, and that is all;

"Sec. 15. As used in this Act the term "<u>United States</u>" means the Government of the United States…the term "<u>currency of the United States</u>" means currency which is legal tender in the United States, and includes United States notes,…Federal Reserve Notes…"
"Sec. 16. The right to alter, amend or repeal this Act is hereby expressly reserved…"
"Sec. 17. All Acts and parts of Acts inconsistent with any of the provisions of this Act are hereby repealed." Gold Reserve Act of 1934, 48 Stat. 337,

and it is interesting to note that the Gold Reserve Act of 1934 repeals everything that contradicts it, in Section 17, and at the same time it also makes it so it can never be altered or amended, in Section 16, and further,

110.   These Wrongdoers named herein each  know that a Federal Reserve Notes are Bills of Credit;

"The said notes <u>shall be obligations of the United States</u>" 12 USC § 411 [Emphasis added]

and are issued by the Privately held Federal Reserve Bank, which was set up as a mechanism to circumvent the constitutional prohibition on Bills of Credit, which means

that everything purchased with Federal Reserve Notes is purchased on UNITED STATES, INC., credit, which is consistent with the Gold Reserve Act of 1934 statement above, that they are intended for internal use of the government by government employees ONLY, and further,

111.   These Wrongdoers named herein each  know that their Banks are NOT allowed to loan their own money

**"(a) General prohibition**
**No national bank shall make any loan or discount on the security of the shares of its own capital stock."** 12 U.S. Code § 83 - Loans by bank on its own stock

and under the banksters unconstitutional Uniform Commercial Code, a bank deposit becomes the banks money, therefore banks do not loan money and are prohibited from loaning money, and every bank loan is a fraud and the Chicago Federal Reserve published a Booklet entitled Modern Money Mechanics in 1961, where it explains that they do not loan money on

**"If business is active, the banks with excess reserves probably will have opportunities to loan the $9,000. Of course, they do not really pay out loans from the money they receive as deposits. <u>If they did this, no additional money would be created. What they do when they make loans is to accept promissory notes in exchange for credits to the borrowers' transaction accounts. Loans (assets) and deposits (liabilities) both rise by $9,000. Reserves are unchanged by the loan transactions. But the deposit credits constitute new additions to the total deposits of the banking system."</u>** Page 6, Modern Money Mechanics

therefore whoever signs the promissory note creates the money, and the federal debt is a fraud, the debt associated with every mortgage a fraud, and every student loan is a fraud, and every automobile loan is a fraud, and when any corporation goes bankrupt, the creditors become the owners and that is a fraud, and the UNITED STATES, INC., is bankrupt as described herein, and the banksters (International Monetary Fund & World Bank) are the owners under their unconstitutional UNIDROIT Treaty, and the fictitious federal debt is orchestrated so that the banksters ultimately seize ownership and then get people like the Wrongdoers named herein, to generate revenue in support of their military dictatorship, and further,

112.    These Wrongdoers named herein each know that the IRS is not a U.S. Government Agency. It is an Agency of the International Monetary Fund (IMF). (Diversified Metal Products v. IRS et al. CV-93-405E-EJE U.S.D.C.D.I., Public Law 94-564, Senate Report 94-1148 pg. 5967, Reorganization Plan No. 26, Public Law 102-391.), and further,

113.    These Wrongdoers named herein each know that the UNITED STATES, INC., has not had a Treasury since 1921 (41 Stat. Ch.214 pg. 654), and the United States Treasury, Inc., is now the International Monetary Fund. (Presidential Documents Volume 29-No.4 pg. 113, 22 U.S.C. 285-288), and further,

114.    These Wrongdoers named herein each know that the United Nations through the International Monetary Fund issues Social Security Numbers. The Application for a Social Security Number is the SS5 form. The Department of the Treasury, Inc. (IMF) issues the SS5 not the Social Security Administration. The new SS5 forms do not state who or what publishes them, the earlier SS5 forms state that they are Department of the Treasury, Inc. forms, and further,

115.    These Wrongdoers named herein each  know that taxes collected by the IRS is slave labor, because the Demandant is being forced to work for nothing to pay the tax, therefore a Social Security Number is a badge of slavery, and there is no law anywhere that says anyone has to get or use a Social Security Number, and further,

116.    These Wrongdoers named herein each  know that income is defined by the US Supreme Court as corporate profits;

"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] Derived -- from -- capital -- the -- gain -- derived -- from -- capital, etc. Here we have the essential matter -- not gain accruing to capital, not a growth or increment of value in the investment; but a gain, a profit, something of exchangeable value ... severed from the capital however invested or employed, and coming in, being "derived," that is received or drawn by the recipient for his separate use, benefit and disposal -- that is the income derived from property.

**Nothing else answers the description...."** [emphasis is in the original] Eisner v Macomber, 252 U.S. 189, and further,

117.   These Wrongdoers named herein each  know that the Constitution for the United States of America is a trust indenture with delegated authority

**"There is no such thing as power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can exercise no power which they have not, <u>by their Constitution entrusted to it</u>; All else is withheld."** Julliard v Greenman 110 U.S. 421 [emphasis added]

**"governments are but <u>trustees </u>acting under derived authority and have no power to <u>delegate</u> what is not <u>delegated</u> to them. But the people, as the original fountain might take away what they have <u>delegated</u> and <u>entrust</u> to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."** --Luther v. Borden, 48 US 1, 12 L.Ed. 581. [emphasis added]

and the Constitution for the United States of America says nothing about a corporation

**"A delegate cannot delegate; <u>an agent cannot delegate his functions to a subagent</u> without the knowledge or consent of the principal; the person to whom an office or duty is delegated cannot lawfully devolve the duty on another, <u>unless he be expressly authorized so to do</u>."** 9 Coke, 77; Broom, Max. 840; 2 Kent, Comm. 633; 2 Steph. Comm. 119 [emphasis added]

**"A delegated power cannot be again delegated."** 2 Inst. 597; Black's, 2d. 347; 2 Bouv. Inst. n. 1300

**"A deputy cannot have (or appoint) a deputy."** Story, Ag. s.13; 9 Coke, 77; 2 Bouv. Inst. n. 1936

**"The government of the United States . . . is one of limited powers. <u>It can exercise authority over no subjects, except those which have been delegated to it.</u> Congress cannot, by legislation, enlarge the federal jurisdiction, <u>nor can it be enlarged under the treaty-making power</u> Mayor of New Orleans v. United States, 10 Pet. 662, 736"** Bond v United States 572 US ____ (2014) case number 12-158 [emphasis added],

therefore, there is no lawful delegation of authority for;

a)   a corporation called UNITED STATES, INC., or,

b)   a corporation called DEPARTMENT OF THE TREASURY, INC., or,

c)   a corporation called DEPARTMENT OF HOMELAND SECURITY, INC., or,

d)    a corporation called SECRET SERVICE, INC., or,

e)    a corporation called IMMIGRATION AND CUSTOMS ENFORCEMENT, INC., or,

f)    a corporation called UNITED STATES BORDER PATROL, INC., or,

g)    a corporation called OFFICE OF THE ATTORNEY GENERAL, INC., or,

h)    a corporation called INTERNAL REVENUE SERVICE, INC., or,

i)    a corporation called FEDERAL RESERVE, INC., or,

j)    a corporation called UNITED STATES DISTRICT COURT FOR THE
      NORTHERN DISTRICT OF TEXAS, Inc., or,

k)    a corporation called UNITED STATES COURT OF APPEALS FOR THE FIFTH
      CIRCUIT, INC., or,

l)    a corporation called UNITED STATES DISTRICT COURT FOR THE
      SOUTHERN DISTRICT OF NEW YORK, or,

m)    UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, INC.,
      or,

n)    a corporation called UNITED STATES DISTRICT COURT FOR THE DISTRICT
      OF ARIZONA, INC., or,

o)    a corporation called UNITED STATES COURT OF APPEALS FOR THE NINTH
      CIRCUIT, INC., or.,

p)    any Bank in the USA, since they are all instrumentalities of UNITED STATES,
      INC., or.,

and they are all ultra vires corporations,

**"Ultra vires. An act performed without any authority to act on subject. Haslund v.
City of Seattle, 86 Wash.2d 607, 547 P.2d 1221, 1230….. The term has a broad
application and includes not only acts prohibited by the charter, but acts which
are in excess of powers granted** and not prohibited, and generally applied either
when a corporation has no power whatever to do an act, …. People ex rel. Barrett
v. Bank of Peoria, 295 Ill.App. 543, 15 N.E.2d 333, 335. **Act is ultra vires when
corporation is without authority to perform it under any circumstances or for any
purpose. Ultra vires act of municipality is one which is beyond powers conferred
upon it by law. Charles v. Town of Jeanerette, Inc., La.App., 234 So.2d 794, 798."**
Black's Law Dictionary 6th Edition page 1522, [emphasis added],

and for them to demand that the Demandant get or produce a Social Security Number,

or does anything else that is intended to fabricate evidence of their US citizen slave

corporate status, is ultra vires of their power, or authority, and a felony under their own

codes, and they had full knowledge of that fact, therefore they deliberately, calculatedly, knowingly, intentionally, and maliciously intended to feloniously, violate their own law, and further,

118.   These Wrongdoers named herein each  know that the UNITED STATES, INC., is an ultra vires corporation with an unconstitutional delegation of authority, and is bankrupt

**"It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, <u>March 9, 1933</u>, 48 stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent, H.J.R. 192, 73rd Congress in session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that <u>the United States Federal Government exists today in name only</u>."** United States Congressional Record, March 17, 1993 Vol. 33,

and when the UNITED STATES, INC., went bankrupt, it also went under Martial Law Rule

**"Since <u>March 9, 1933</u>; the United States has been in a state of <u>declared National Emergency</u> . . . Under the powers delegated by these statutes, the President may: seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and in a plethora of particular ways, control the lives of all American citizens. . . . A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have in varying degrees been abridged by laws brought into force by states of national emergency . . ."** In Reg: U.S. Senate Report No. 93-549 dated 11/19/73 (*73 CIS Serial Set S963-2 - [607 Pages]*):

there are three kinds of martial law;

   a. **Full Martial Law – Soldiers on the streets used ONLY in foreign country, or to put down an insurrection.**
   b. **Martial Law Proper – the law of the Armed forces**
   c. **Martial Law Rule – <u>the law of necessity</u> and <u>emergency</u> used during peace times,** Ex Parte Milligan 4 Wall (71 U.S.) 2, 18 L.Ed. 281, p 302, [emphasis added] and further,

and the Wrongdoers are conspiring together to impose their Martial Law Rule on the
Demandant, with their unconstitutional UNIDROIT Treaty with its associated Uniform
Commercial Code, to make war on the Demandant, which is a seditious conspiracy,
since the Demandant is the lawful government in America, because they know that
emergency is justification for <u>absolutely nothing</u>

**"Emergency does not create power. Emergency does not increase granted power
or remove or diminish the restrictions imposed upon power granted or reserved.
The Constitution was adopted in a period of grave emergency. Its grants of power
to the Federal Government and its limitations of the power of the States were
determined in the light of emergency, and they are not altered by emergency."**
Home Building and Loan Association v Blaisdel, 290 US 398 (1934),

which is further proof of their treason and sedition, and further,

119.    These Wrongdoers named herein each know that the Demandant is not party to,
nor subject to the term "<u>conflict of laws</u>."

**"... [T]he body of learning we call <u>conflict of laws</u> elsewhere is called private
international law because it is applied to adjustment of <u>private interests</u>, while
public international law is applicable to the relations between states."** Garner v.
Teamsters, Chauffeurs & Helpers Local Union, 346 US 485, 495; 98 L Ed 228; 74 S Ct
161 [Emphasis added]

**"In the sense of <u>public</u> international law, the several states of the Union are
neither foreign to the United States nor are they foreign to each other, but <u>such is
not the case in the field of private international law</u>."** Robinson v. Norato, 71 RI 256,
43 A2d 467, 162 ALR 362. [Emphasis added]

these Wrongdoers, named herein, and others known and unknown, each  know that
<u>Uniform Commercial Code</u>, by the copyright owner's own admission, is <u>Private
International Law</u>. To simplify and explain the course of events that leads us to the
mass confusion of "Public is Private" and "Private is Public", the Demandant has
immediately below included as follows:

The first "connection" from the highest, and most potent, position is:
**a. 77 Stat. 630-631, P.L. 88-243 (1963) and P.L. 88-244 (1963)** introduces and "makes
law" providing the Uniform Commercial Code (UCC) as <u>Private Law</u> enacted for the
municipal District of Columbia and the UNITED STATES, INC. These laws/actions

were/are expressly in force and effect on **citizens** of the federal government. PL 88-243, 77 Stat 630 is;

**"AN ACT To enact the Uniform Commercial Code for the District of Columbia, and for other purposes."** [Emphasis added]

This is where the uniform commercial code enters as the implied "law of the land" for the UNITED STATES, INC. For sake of simplicity, a "Public Law", as referenced, P.L. 88-244, is Private Law only meant for private <u>corporate citizens</u>, not We The People.

**(i)** "A <u>private law</u> is one which is confined to particular individuals, associations, or <u>corporations</u>": 50 AmJur 12, p.28

**(ii)** A <u>private law</u> can be enforced by a court of competent jurisdiction when statutes for its enforcement are enacted: 20 AmJur 33, pgs. 58, 59.

**(iii)** Statutes creating corporations are <u>private acts</u>: 20 AmJur 35, p. 60.

**(iv)** In this connection, the **Federal Reserve Act** is <u>private law</u>. Federal Reserve banks derive their existence and corporate power from the Federal Reserve Act: *Armano v. Federal Reserve Bank* 468 F.Supp 674 (1979).

**(v)** The distinction between <u>public and private acts</u> is not always sharply defined when published statutes are printed in their final form: *Case v. Kelly* 133 U.S. 21 (1890).

**b.** It is all **private law and International Law** (but, may be referred to as **Private International Law)**, and it is owned by the same people that **own public law 88-243 (1968). The UCC was written and is owned by UNIDROIT**, and

**(i)** To properly address "public law", one must understand that it is "Private Corporate Charter" that owns the "P.L." and it is all "statutory". Public Law was converted to Public Policy in 1938 (policy = political = police). All private corporations, including governments, are under "public policy" and are to deal **only** with other corporations, as exemplified herein.

**(ii)** Private Man is not affected by public law, public policy, private law, or anything else, as long as, Private Man does not harm another Private Man. He is not "statutory", but Lawful.

**(iii)** Public means: of, concerning, or affecting the common unity of the people, the Assemblage of Private Man.

**(iv)** Private means: not available for public use, control, or participation, belonging to a particular person or persons, as opposed to the public or the government (remember, as a corporation, the government becomes no more than any other corporate "person"), not holding an official or public position.

**(v)** The entire taxing and monetary systems are, placed under the Uniform Commercial Code by The Federal Tax Lien Act of 1966 at Public Law 89-719 at 80 Stat. 1130-1131 it says:

**"(h) DEFINITIONs.-For purposes of this section and section 6324-**
**" (1) SECURITY INTEREST.-The term 'security interest' means any interest in property acquired by contract for the purpose of securing payment or performance of an obligation or indemnifying against loss or liability. A security interest exists at any time**
**(A) if, at such time, the property is in existence and the interest has become protected under local law against a subsequent judgment lien arising out of an unsecured obligation, and (B) to the extent that, at such time, the holder has parted "with money or**
**money's worth.**

**"(3) MOTOR VEHICLE.-The term 'motor vehicle' means a self-propelled vehicle which is registered for highway use under the laws of any State or foreign country.**
**"(4) SECURITY.-The term 'security' means any bond, debenture, note, or certificate or other evidence of indebtedness, issued by a corporation or a government or political subdivision thereof, with interest coupons or in registered form, share of stock, voting trust certificate, or any certificate of interest or participation in, certificate of deposit or receipt for, temporary or interim certificate for, or warrant or right to subscribe to or purchase any of the foregoing: negotiable instrument: or money.**

**c. The UNITED STATES, INC., pays $260,000 per year to UNIDROIT for the use of the copyrighted Uniform Commercial Code.** The International Registry is the private law of UNIDROIT, and since UNITED STATES, INC., has signed onto the UNIDROIT treaty, (International Institute for the Unification of Private Law), and they are using their commercial law to enforce their martial law jurisdiction, as described herein, and further,

120.   Each of these Wrongdoers, named herein, and others known and unknown, each know that they are using their commercial law, and their municipal law, to enforce their Martial Law Rule;

**"Congress (claiming its martial law "power to declare war," "suppress insurrections" and "repel invasions") imposed martial law on the United States and never discontinued it. The result was an extension of military and <u>municipal jurisdiction of Congress</u>. But where is the evidence of this? Look at the Thirteenth Amendment , the Civil Rights Acts, the Legal Tender Laws, the Fourteenth Amendment , etc., etc., etc.."** Dyett v Turner 439 P2d 266 @ 269, 20 U2d 403 [1968] The Non-Ratification of the Fourteenth Amendment by Judge A.H. Ellett, Utah Supreme Court, [Emphasis added]

**""Civil Law," "Roman Law," and "Roman Civil Law" are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; <u>more properly called "municipal" law</u>, to distinguish it from the "law of nature," and from international law.   See Bowyer, Mod.  Civil Law, 19; Sevier v.  Riley, 189 Cal.  170, 244 P. 323, 325"** Black's Law Dictionary, Rev.  4th Ed. [Emphasis added]

**"There must be uniformity in <u>maritime</u> law; the principles of maritime laws are applicable to <u>commercial</u> law, and therefore, there must be uniformity in the commercial law."** Swift v. Tyson, 16 Pet 1, (1842) [emphasis added]

**"Admiralty Law. The terms "admiralty" and "maritime" law are virtually synonymous."** *Black's Law Dictionary 6th Ed. 1990*

**"Civil Law, that rule of action which every particular nation, commonwealth or city has established peculiarly for itself, <u>more properly distinguished by the name of municipal law.</u>"** The Dictionary of English Law, Sweet and Maxwell Ltd., London, 1959, [Emphasis added],

and these Wrongdoers, named herein, and others known and unknown, each know that they have no authority in Texas, or any other state, and they are all US citizens, and they are deliberately and calculatedly criminally converting the Demandant's citizenship with the objective of enslaving the Demandant, because they can't stand the idea that somebody might have not be subject to their plenary jurisdiction, and further,

121.    These Wrongdoers named herein each  know that their Uniform Commercial Code and it's Texas equivalent which is called the Texas Business and Commerce Code are both controlled and regulated by the United Nations under their UNIDROIT Treaty which is unconstitutional

**"but Madison insisted that just "because this power is given to Congress," it did not follow that the Treaty Power was "absolute and unlimited." The President and the Senate lacked the power "to dismember the empire," for example, because**

**"[t]he exercise of the power must be consistent with the object of the delegation." "The object of treaties," in Madison's oft-repeated formulation, "is the regulation of intercourse with foreign nations, <u>and is external</u>."** Bond v United States 572 US _____ (2014) case number 12-158 [emphasis added]

**"No one is bound to obey an unconstitutional law and no courts are bound to enforce it."** 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256

therefore the UNIDROIT Treaty is unconstitutional and ultra vires of their authority, and

further,

122.    These Wrongdoers named herein each  know that their UNIDROIT website even says that it covers, contracts, banking law, negotiable instruments (Federal Reserve Notes, checks, money orders), civil procedure, insurance and much more, and it even says that the edicts passed down by the United Nations under their <u>International Institute for the Unification of Private Law</u>, are automatically implemented by the member states, and their website shows that the United States has been a member, but it says nothing about Texas, which means that the Texas Business and Commerce Code applies ONLY in federal areas of Texas, as confirmed by the Texas Tax Code

**"<u>In this state</u>" means within the exterior limits of Texas and includes all territory within these limits ceded to or owned by the United States."** Texas Tax Code Section 151.004 'In This State',

and all of this is unconstitutional because it is an international treaty, and they have no authority to impose their international treaties in Texas, or Arizona, or Montana, or any of the States for internal purposes

**"but Madison insisted that just "because this power is given to Congress," it did not follow that the Treaty Power was "absolute and unlimited." The President and the Senate lacked the power "to dismember the empire," for example, because "[t]he exercise of the power must be consistent with the object of the delegation." "The object of treaties," in Madison's oft-repeated formulation, "is the regulation of intercourse with foreign nations, <u>and is external</u>."** Bond v United States 572 US _____ (2014) case number 12-158 [emphasis added]

**"Today, it is enough to highlight some of the structural and historical evidence suggesting that the Treaty Power can be used to arrange intercourse with other nations, <u>but not to regulate purely domestic affairs</u>."** Bond v United States 572 US _____ (2014) case number 12-158 [emphasis added]

**"The government of the United States . . . is one of limited powers. It can exercise authority over no subjects, except those which have been delegated to it. Congress cannot, by legislation, enlarge the federal jurisdiction, nor can it be enlarged under the treaty-making power** Mayor of New Orleans v. United States, **10 Pet. 662, 736"** Bond v United States 572 US _____ (2014) case number 12-158 [emphasis added], and further,

123.   The Wrongdoers named herein, and others known and unknown, in the UNITED

STATES COURT  OF APPEALS FOR THE FIFTH CIRCUIT, INC., which includes the

local District Courts, have conspired together to trespass upon the Demandant and His

property, under color of their codes, rules and regulations,

"Color" means **"An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable."** Black's Law Dictionary, 5th Edition, on page 240.

"Colorable" means **"That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth."** Windle v. Flinn, 196 Or.  654, 251 P.2d 136, 146.

**"Color of Law" means "The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'"** Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188,

**"Colour, color. Signifies a probable plea, but which is in fact false..."** Tomlin's Law Dictionary 1835, Volume 1

**"Colour of Office, color officii. Is when an act is evilly done by the countenance of an office; and always taken in the worst sense, being grounded upon corruption, to which the office is as a shadow and colour..."** Tomlin's Law Dictionary 1835, Volume 1

**"Colourable- Presenting an appearance that does not correspond with reality, or an appearance intended to conceal or deceive. Etherington v. Wilson (1875), 1 Ch.D 160."** Barron's Canadian Law Dictionary, Sixth Edition, page 51 [emphasis added]

**"Colour of Law – Mere semblance of a legal right. An action done under colour of law is one done with the apparent authority of law but actually in contravention of law."** Barron's Canadian Law Dictionary, Sixth Edition, page 51 [emphasis added], and further,

124.   The Wrongdoers named herein, and others known and unknown, in the UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, INC., which includes the local District Courts have conspired together to trespass upon the Demandant and His property, under color of their codes, rules and regulations, and further,

125.   The Wrongdoers named herein, and others known and unknown, in the UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT, INC., which includes the local District Courts have conspired together to trespass upon the Demandant and His property, under color of their codes, rules and regulations, and further,

126.   These Wrongdoers named herein, and others known and unknown, intend to convert the Demandant into "person" so they can make the Demandant an enemy of the State because the National Emergencies Act does NOT change the fact that the Trading with the Enemy Act of 1917 makes all "persons" enemies of the state as found in Public Law 94-412

**"An Act To terminate certain authorities with respect to national emergencies still in effect, and to provide for orderly implementation and termination of future national emergencies."**

which was approved on September 14, 1976 by the 94th Congress at 90 Stat. 1255, where it says;

**"Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That this Act may be cited as the "National Emergencies Act",**

and in Sec. 502 it says

**"SEC. 502. (a) The provisions of this Act shall not apply to the following provisions of law, the powers and authorities conferred thereby, and actions taken thereunder**
**(1) Section 5(b) of the Act of October 6, 1917, as amended (12 U.S.C. 95a ; 50 U .S.C. App . 5(b));"**

and a US citizen is a "person", and therefore an enemy of the State, and once the Demandant has been established as a US citizen enemy of the state, then they can justify the Demandant's murder and all of these above mentioned Wrongdoers intend to

fabricate evidence that the Demandant is a US citizen because they intend to engage in a mixed war against the Demandant

**"A mixed war is one which is made on one side by public authority, and the other by mere <u>private</u> persons."** Black's Law Dictionary 5th Ed., page 1420,

with their fictitious war name - nom de guerre

**"Under International Law of Warfare, all parties to a cause must appear by <u>nom de guerre</u>, because an "alien enemy cannot maintain an action <u>during the war</u> in his own name".** Merriam-Webster Dictionary, pg. 1534,

and they are using their Uniform Commercial Code (Texas Business and Commerce Code in Texas) and their unconstitutional UNIDROIT Treaty as described herein, and the phrase "<u>United states</u>" really means United States Inc., or the "<u>District of Columbia</u>", and is talking about the corporation that was set up in 1871

**"(h) The United States is located in the District of Columbia."** Uniform Commercial Code Sec. 9.307. LOCATION OF DEBTOR.

**"If any citizen or resident of the United States does not reside in (and is not found in) any United States Judicial District, <u>such citizen or resident shall be treated as residing in The District of Columbia</u> for purposes of any provisions of this Title to " (A) jurisdiction of courts, or (B) enforcement of summons."** 26 USC § 7701(39)

see also 26 USC § 7408(C) and Art. 1, Section 8, Clause 17 Constitution for the United States of America as defined and reinstated in *National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company*, 337 U.S. 582, 93 L.Ed. 1556 (1948):

which further states that **citizens of the District of Columbia are not embraced by the judicial power under Article 3** of the Constitution for the United States of America, the same statement is held in *Hepburn v. Dundas v. Elizey*, 2 Cranch (U.S.) 445, 2 L.Ed. 332.; In 1804, the Supreme Court, through Chief Justice Marshall, held that <u>a citizen of the District of Columbia was not a citizen of a state</u>; and,

**"We therefore decline to overrule the opinion of Chief Justice Marshall: We hold that <u>the District of Columbia is not a state within Article 3 of the Constitution</u>. In other words cases between citizens of the District and those of the states were not included of the catalogue of controversies over which the Congress could give jurisdiction to the federal courts by virtue of Article 3. In other words <u>Congress has exclusive legislative jurisdiction over citizens of Washington District of Columbia and through their plenary power nationally covers those</u>**

**citizens even when in one of the several states as though the district expands for the purpose of regulating its citizens wherever they go throughout the states in union"** National Mutual Insurance Company of the District of Columbia v. Tidewater Transfer Company, 337 U.S. 582, 93 L.Ed. 1556 (1948)

which is why these Wrongdoers named herein and their Department of Homeland Security border thugs, and others known and unknown refuse to recognize a state citizen, so they can fabricate evidence of their US citizen alien enemy slaves and thereby justify their assaults, kidnappings, false imprisonments, and murders, and further,

127.   These Wrongdoers named herein, and others known and unknown, deliberately, calculatedly, and maliciously fabricate evidence of their fictitious US citizen slave

**"fiction of law; An assumption or supposition of law that something which is or may be false is true, or that a state of facts exist which has never really taken place. An assumption, for purposes of justice, of a fact that does not or may not exist. A rule of law, which assumes as true,…, something that is false, but not impossible."** Black's Law Dictionary 6th Edition, page 623

**"A fiction is a rule of law that assumes something that is or may be false is true."** Hibbert v Smith, 67 Cal. 547,

and they are using that fiction of law to justify their assaults, and their kidnappings, and their false imprisonment;

**"Fictitious. Founded on a fiction; having the character of a fiction; pretended; counterfeit. Feigned, imaginary, not real, false, not genuine, nonexistent. Arbitrarily invented and set up, to accomplish an ulterior object."** Black's Law Dictionary 6th Edition, page 624 [emphasis added]

so they can impose one of their quasi contracts;

**"Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were.  They are contractual in law, but not in fact, being the subject-matter of a FICTITIOUS extension of the sphere of contract to cover obligations which do not in reality fall within it."** Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England).

**"A quasi contractual action presupposes acceptance and retention of a benefit by one party with full appreciation of the facts, under circumstances making it inequitable for him to retain the benefit without payment of its reasonable value."**

Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655, hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. Rptr. 812.

**"Constructive/quasi contracts are based solely upon a legal fiction or fiction of law."** Hill v. Waxberg, 237 F.2d 936, [emphasis added]

and they are using their color of law statutes to facilitate the violation of the

Demandant's rights,

**"Constructive/quasi contracts include obligations founded on statutory duties."** Donovan v. Kansas City, 175 S. W. 2d 874; In Re United Burton Co., 140 F. 495, 502.

and that is why the Demandant has stated that they can put their statutes, codes, rules,

and regulations up their rectal orifice, because the Demandant does not want, under

any circumstances, any of their so-called benefits, and it is also why they are using their

Roman Civil Law capitis diminutio status nom de guerre fictitious War Name as

described herein, under their Roman Civil Law statute;

**"To take an instance, when a person *sui juris* has given himself in adoption, or a woman has passed under *manus',* all their property, incorporeal and corporeal, and all that is due to them, is acquired by the adopting father or *coeinptionator,* except those things which perish by a *capitis diminutio,* of which kind are an usufruct, an obligation to services on the part of freedmen contracted by oath and matters enforceable by a statutable action."** The Commentaries of Gaius and Rules of Ulpian, Translated with Notes by J. T. Abdy, L.L.D., and Bryan Walker, M.A. L.L.D., 1874, Section 83, page 198-199, [emphasis added],

with the fabrication of their fictitious entity to enlarge their jurisdiction;

**"[9] Whilst there is no evidence before the Court that Mr. Staufen was born in Vancouver or, for that matter, where he was born, the law is riddled with legal fictions, it is said. The Court may do so here, Mr. Azevedo suggests, and create a legal fiction with respect to Mr. Staufen's name and place and date of birth."** Staufen v British Columbia (Attorney General), 2001 BCSC 779 [emphasis added]

with the objective of expanding their plenary jurisdiction

**"In An Historical Introduction to English Law and Its Institutions (3rd Ed.) by Harold Potter, the learned author, at page 302, groups the fictions used into three classes; (1) fictions used to increase the jurisdiction of the Courts;..."** Staufen v British Columbia (Attorney General), 2001 BCSC 779 [emphasis added]

and this is all found in Roman Civil Law because they intend to use their Roman Civil

Law to collect a royalty, in their Roman Civil Law so-called court, with their admiralty

maritime law plenary jurisdiction of a Clerk masquerading as a Judge, and it is all deliberate, calculated, and malicious, and further,

128.   These Wrong doers herein each k now that the ONLY valid contract, is a common law contract with full knowledge, intent, and consent, which is why they are so busy imposing their unconstitutional Uniform Commercial code, because they intend to perjure their oaths, and they intend to engage in treason and sedition, and further,

129.   These Wrongdoers named herein are all BAR members, which is a private club run by the Inns of Court in the City of London and they are all owned and operated by the Crown, therefore they are all foreign agents of the corporation called The Crown, Inc., that is owned and operated by the Vatican pursuant to the Concessions to the Pope (1213), and further,

130.   The UNITED STATES INC., has signed onto the Lateran Pact, which means that it will defend the Vatican, and further,

131.   The Roman Civil Law that these above mentioned Wrongdoers like to work under, is a subset of Canon Law, which means that  all of this is coming from the Vatican, and further,

132.   These Wrongdoers  named herein, and others known and unknown, know that property taxes were initiated under an Act to pay interest on the public debt

**"Chap. XLV. – An Act to provide increased Revenue from Imports, to pay Interest on the Public Debt, and for other purposes."**, which was approved on <u>August 5, 1861</u>, in Volume 12, Thirty-Seventh Congress, Session I, at 12 Stat. 292, and,

under Sec. 9. it creates an office of assessor collector in every collection district;

**"Sec. 9. And be it further enacted, That, for the purpose of assessing the above tax and collecting the same, the President of the United States be, and be is hereby authorized, to <u>divide, respectively, the States and Territories of the United States and the District of Columbia into convenient collection districts</u>, and to nominate and, by and with the advice of the Senate, to <u>appoint an assessor and a collector for each such district</u>, who shall be freeholders and resident within the same…."** [emphasis added], at 12 Stat. 296, and,

under Sec. 10., it says that the assessor must be bonded;

"**Sec. 10. And be it further enacted, That before any such collector shall enter upon the duties of his office he shall execute a bond for such amount as shall be prescribed by the Secretary of the Treasury, with sureties to be approved as sufficient by the Solicitor of the Treasury, containing the condition that said collector shall justly and faithfully account for to the United States, and pay over, in compliance...**" [emphasis added], at 12 Stat. 296, and,

under Sec. 13., it says that it applies to land with the improvements;

"**SEC. 13 . And be it further enacted, That the said direct tax laid by this act shall be assessed and laid on the value of all lands and lots of ground, with their improvements and dwelling-houses, which several articles subject to taxation shall be enumerated and valued, by the respective assessors, at the rate each of them is worth in money...**" [emphasis added], at 12 Stat. 297, and,

under Sec. 21., it says it applies to "persons";

"**Sec. 21. And be it further enacted, That the lists aforesaid shall be taken with reference to the day fixed for that purpose by this act, as aforesaid ; and the assistant assessors, respectively, after collecting the said lists, shall proceed to arrange the same, and to make two general lists; the first of which shall exhibit, in alphabetical order, the names of all persons liable to pay a tax under this act residing within the assessment district, together with the value and assessment of the objects liable to taxation within such district for which each such person is liable, and, whenever so required by the assessor, the amount of direct tax payable by each person on such objects under the State laws imposing direct taxes;...**" [emphasis added], at 12 Stat. 299, and,

under Sec. 43., it talks about extortion and oppression under color of the Act;

"**Sec. 43. And be it further enacted, That each and every collector, or his deputy, who shall exercise or be guilty of any extortion or oppression, under color of this act, or shall demand other or greater sums than shall be authorized by this act, shall be liable to pay a sum not exceeding two thousand dollars, to be recovered by and for the use of the party injured, with costs of suit, in any court having competent jurisdiction;...**" at 12 Stat. 307, and,

under Sec. 48., the collector receives a royalty from everything collected;

"**Sec. 48. And be it further enacted, That there shall be allowed to the collectors appointed under this act, in full compensation for their services and that of their deputies in carrying this act into effect, a commission of four per centum upon the first hundred thousand dollars, one per centum upon the second one hundred thousand dollars, and one-half of one per centum upon all sums above two hundred thousand dollars;...**" at 12 Stat. 308, and,

except that it talks about citizens in Sec. 49, where it says that it applies to US citizens ONLY;

**"...Upon the income, rents, or dividends accruing upon any property, securities or stocks owned in the United States, by any <u>citizen of the United States</u> residing abroad, there shall be levied, collected, and paid a tax of five per centum..."**, emphasis added], at 12 Stat. 309, and,

Sec. 50, where it says that interest payments are to be made to state citizens;

**"...And he is further authorized and empowered to make such officer or depositary the disbursing agent of the Treasury for the payment of all interest due to the <u>citizens of such State</u> upon <u>the treasury notes or other government securities</u> issued by authority of law."**, [emphasis added], at 12 Stat. 310, and,

which means that the US citizens were taxed and the interest on government issued securities was to be paid to the State citizens, which is why these Wrongdoers named herein an others are so adamant about fabricating evidence that the Demandant is one of their US citizen fictitious entity slaves, because they intend to facilitate the theft of the Demandant's inheritance, and further,

## SUMMARY

133.   These Wrongdoers named herein, and others known and unknown, know that a US citizen is a "person", which is why they are busy fabricating evidence of their fictitious entity, so they can exert their plenary power over their fictitious entity and thereby collect their royalty, with the ultimate objective of retiring millionaires, and further,

134.   These Wrongdoers named herein and others known and unknown intend to deny the Demandant a lawful Article III Judge, and it does not matter whether the Demandant sets off their excise tax or not, and each of them intend to deny the Demandant any justice whatsoever, because it makes so much business for their so-called court, and because they intend to collect their royalty, and further,

135.   These Wrongdoers named herein and others known and unknown intend to convert every case over to their so-called court, with their unconstitutional delegation of authority, and their unconstitutional Uniform Commercial Court, and their

unconstitutional UNIDROIT Treaty, and it does not matter whether the Demandant sets off their excise tax or not, and further,

136.    These Wrongdoers named herein, and others known and unknown, know that the Demandant has the right to be left alone,

**"They conferred as against the government the right to be let alone – the most comprehensive of rights and the right most valued by civilized men."** Olmstead v United States 277 U.S. 438, 478 (1928), Washington v Harper, 494 U. S. 210 (1990)

but they intend that their low intelligence US citizen hired thugs assault the Demandant, and kidnap the Demandant, and falsely imprison the Demandant, and steal the Demandant's property, and harass the Demandant, under the color of their so-called laws, because it makes so much business for them and their corporate commercial kangaroo courts, and their bankster handlers, and further,

137.    These Wrongdoers, named herein, and others, intend to circumvent common law in order to impose one of their unconstitutional Uniform Commercial Code contracts in support of their military dictatorship, which is exactly the same military dictatorship that precipitated the War of Independence, which is why they are doing it, so they can justify full martial law, and seize control, and that is EXACTLY what they have done, and further,

138.    These Wrongdoers named herein, and others known and unknown, intend to get the Demandant to set off their errors and omissions insurance and convert a court case into a commercial transaction, so then the worst that can happen is their insurance will setoff the damages, and their bankster buddies get to make some more money, therefore either way it is a win-win scenario, for the Clerks masquerading as Judges and their bankster buddies, and further,

139.    These Wrongdoers named herein always claim that the Demandant is in "bad faith" which proof that they intend to call it a contract in order to impose their unconstitutional Uniform Commercial Code on the Demandant in spite of the fact that

they all have oaths, and their claim that the Demandant is in "bad faith" is proof that they intend to perjure their oath, which is far superior to their unconstitutional Uniform Commerical Code, or their unconstitutional UNIDROIT Treaty, and further,

140.   These Wrongdoers named herein, and others known and unknown, intend to compel the setoff of their excise tax with Federal Reserve Notes (IOUs) or their impecuniosity application to eliminate the need for an Article III Judge, and eliminate common law, so they can impose their District of Columbia plenary (military dictatorship) authority, under martial law rule, and further,

141.   These Wrongdoers named herein and others known and unknown intend to deny the Demandant's right to a lawful Article III Judge, and if the Demandant pushes it, they intend to deny the Demandant's right to justice, as described herein, all of which is so they can collect their royalty from their thieving bankster buddies, and further,

142.   These Wrongdoers named herein, and others known and unknown, intend that the Demandant be denied the right to pursue happiness and get compensation for his labor by companies like FEDEX, and their DEPARTMENT OF HOMELAND SECURITY, INC., buddies, because it makes so much business for them, which is why they are so intent on dismissing as many cases as possible, for every possible reason possible, or for no reason at all, and further,

143.   These Wrongdoers named herein, and others known and unknown, intend that the Demandant be assaulted, kidnapped, and falsely imprisoned by Napolitano and her hired border thugs, because it makes so much business for them, which is why they are so intent on dismissing as many cases as possible, and further,

144.   These Wrongdoers named herein, and others known and unknown, intend to fabricate evidence of their US citizen fictitious entity so they can then justify the assaults, kidnappings, false imprisonments and even murder of the Demandant, and anyone else who thinks they have any rights, by their DEPARTMENT OF HOMELAND

SECURITY, INC., buddies, which is why they are so intent on dismissing as many cases as possible, and further,

145.    The Demandant has NEVER received a lawsuit Article III Judge, in any case, EVER, that the Demandant has been involved in, and that is what is intended by these above mentioned Wrongdoers named herein, and others known and unknown, and they may start off as an Article III Judge, but they immediately fabricate evidence of their US citizen slave corporation, because they intend to convert themselves over to an Article I Clerk masquerading as a Judge, and they intend to be an imposter, and they intend to issue void judgments, all of which is to aid and abet their bankster buddies, and further,

146.    These Wrongdoers  named herein, and others known and unknown, intend that their fictitious DEPARTMENT OF HOMELAND SECURITY, INC., share information with Canada and Mexico, so that then their United Nations buddies in Mexico and Canada can assault the Demandant, and kidnap the Demandant, and falsely imprison the Demandant, and then their United Nations Clerks masquerading as Judges in Mexico and Canada, can get in on the action too!!!, and further,

147.    These Wrongdoers named herein, and others known and unknown, intend that the INTERNAL REVENUE SERVICE, INC., thieves engage in as much theft as possible because it makes so much business for them, which is why they are so intent on dismissing as many cases as possible, and further,

148.    These Wrongdoers intend to fabricate evidence of their US citizen slave corporation, so they can use their Trading with The enemy Act to justify the assaults, kidnappings, false imprisonments, and thefts by their hired thugs in their DEPARTMENT OF HOMELAND SECURITY, INC., buddies, and further,

149.    These Wrongdoers named herein, and others known and unknown, intend that the their US citizen thugs cause as much injury and harm to the Demandant as possible, under their fictitious color of law statutes, so that then the Demandant will bring an action in their Court, and they can call it a quasi-contract, and say that the

Demandant volunteered for the assault, kidnapping, false imprisonment, theft, or murder, and because it makes so much business for their corporate commercial court, and their bankster handlers, and further,

150.  These Wrongdoers named herein, and others known and unknown, intend to fabricate evidence of their US citizen slave to deny the Demandant, the interest that he is entitled to under;

**"Chap. XLV. – An Act to provide increased Revenue from Imports, to pay Interest on the Public Debt, and for other purposes."**, which was approved on <u>August 5, 1861</u>, in Volume 12, Thirty-Seventh Congress, Session I, at 12 Stat. 292,
**"Sec. 50…And he is further authorized and empowered to make such officer or depositary the disbursing agent of the Treasury <u>for the payment of all interest due to the citizens of such State upon the treasury notes or other government securities issued by authority of law.</u>"**, [emphasis added], at 12 Stat. 310,

because they intend to convert it over to their bankster handlers, and their United Nations buddies, and further,

151.  These Wrongdoers named herein, and others known and unknown, intend that the bankster thieves engage in as much theft as possible because it makes so much business for them, which is why they are so intent on dismissing as many cases as possible, and further,

152.  These Wrongdoers named herein and others known and unknown intend to breach the trust, that was established with the Articles of Confederation, and the Constitution for the United States of America, and intend to perjure their oaths, because they are all Judges and who is going to call them a liar, and further,

153.  These Wrongdoers named herein intend to aid and abet Obama in his war on anybody who thinks they have any rights in America, (so-called war on terror) which includes aiding and abetting the seizure of any arms that anybody may have to defend themselves, to make it easier for their US citizen hired thugs to assault (unlawfully arrest) people, and kidnap people, and falsely imprison people, and murder anybody who resists their unlawful actions, because they do not want anybody being able to

defend themselves, and they intend that their hired US citizen thugs do all of this with complete impunity, and further,

154.   These Wrongdoers named herein and others have no intention whatsoever of fulfilling their duty of protection of the Demandant, and they are each knowingly deliberately, calculatedly, and maliciously perjuring their oaths, and breaching the trust that was established with the Articles of Confederation, and with the Constitution for the United States of America, and they intend to be revenue officers, and further,

155.   These Wrongdoers named herein and others known and unknown intend that their hired thugs impose their unconstitutional Uniform Commercial Code upon the Demandant, and their unconstitutional UNIDROIT Treaty, upon the Demandant, because it makes so much business for their so-called courts, and then they can call it a contract, and further,

156.   These Wrongdoers named herein intend to compel the use of their Federal Reserve Notes on everybody, and they intend to deny justice to anyone who is not a government employee, or refuses to be a government employee, or refuses to use their Federal Reserve Notes, and all of this is done in order to collect their royalty, and retire millionaires, and further,

157.   These Wrongdoers  named herein, and others known and unknown, are all officers of the court, therefore everything they are doing, is with full knowledge, intentional, deliberate, calculated, and malicious, and further,

158.   These Wrongdoers  named herein, and others known and unknown, intend to discriminate against the Demandant, under the color of their codes, rules, and regulations, because the Demandant is a state Citizen and a judicial power citizen by right of blood, and not one of their cestui que trust US citizen fictitious entities, and for having the audacity of thinking that he has some rights that they haven't granted somehow, and further,

159.   These Wrongdoers named herein, and others known and unknown, and their US citizen hired thugs are operating a criminal racketeering enterprise, and further,

## RELIEF DEMANDED

160.   As the Demandant has already said, the Demandant DEMANDS a common law remedy, which is seizure and liquidation of the Corporation UNITED STATES, INC., and all of its subsidiaries, and death by hanging for each of the Wrongdoers involved, for treason, sedition, bearing false witness (perjury of oath), and other crimes described herein, and further,

161.   The Demandant further DEMANDS all of the interest that is due to Him under **"Chap. XLV. – An Act to provide increased Revenue from Imports, to pay Interest on the Public Debt, and for other purposes."**, which was approved on <u>August 5, 1861</u>, in Volume 12, Thirty-Seventh Congress, Session I, at 12 Stat. 292, **"Sec. 50…And he is further authorized and empowered to make such officer or depositary the disbursing agent of the Treasury <u>for the payment of all interest due to the citizens of such State upon the treasury notes or other government securities issued by authority of law</u>."**, [emphasis added], at 12 Stat. 310,

as well as the interest that is due under any other similar Acts, and further,

162.   The Demandant further demands compensation from each of the Wrongdoers, in the amount one million dollars in lawful money pursuant to the Coinage Act of 1792, (one million pieces of pure silver, 1 troy ounce each), and in the event that the Judge cannot ORDER anything but their IOU's (commercial paper) Federal Reserve Notes, the Demandant will accept <u>$10,000,000.00</u> (approximately equal to 1,000,000 pieces of silver @ $10.00/troy ounce) plus an additional <u>$10,000,000.00</u> in IOU's (Federal Reserve Notes) to compensate the Demandant for the liability associated with their IOU's and to give the Demandant time to convert their IOUs into silver coin before it gets inflated into nothing, for a total of <u>$20,000,000.00</u>, ($20 million) or equivalent commercial paper negotiable instruments, as an extremely less desirable alternative, so nobody presumes some so-called benefit of discharging a debt with limited liability on the part of the Demandant, and further,

163.   The Demandant further DEMANDS compensation from each of the Wrongdoers, an additional four million pieces of silver as compensatory damages pursuant to Cleopatra Haslip et al. v Pacific Mutual Life Insurance, Inc. 499 U.S. 1, 113 Fed 2d 1, 111 sct 1032 (no. 89-1279) (For Conversion: 4 times for compensatory damages), and in the event that the Judge cannot ORDER anything but their IOU's (commercial paper) Federal Reserve Notes, the Demandant will accept $40,000,000.00 (4,000,000 pieces of silver X $10.00/ troy ounce) plus an additional $40,000,000.00 in IOU's (Federal Reserve Notes) to compensate the Demandant for the liability associated with their IOU's to give the Demandant time to convert their IOUs into silver coin before they inflate it out of existence, for a total of $80,000,000.00, ($80 million) or the equivalent in commercial paper negotiable instruments, as an extremely less desirable alternative, so nobody presumes some so-called benefit of discharging a debt with limited liability on the part of the Demandant, and further,

164.   The Demandant further Demands compensation from each of the Wrongdoers, an additional two hundred million pieces of silver as punitive damages pursuant to Cleopatra Haslip et al. v Pacific Mutual Life Insurance, Inc. 499 U.S. 1, 113 Fed 2d 1, 111 sct 1032 (no. 89-1279) (For Conversion: 200 times for punitive damages) (1 troy ounce each), for punitive damages, because this was deliberate, calculated, and malicious, and they have already consented to the fee, with their unlawful legal determinations, with their unlawful representations, with their criminal conversion of the Demandant's postal address and their criminal conversion of the Demandant's appellation, and their theft of the Demandant's common law copyrighted property, their fabrication of evidence, and in the event that the Judge cannot ORDER anything but their IOU's (commercial paper) Federal Reserve Notes, the Demandant will accept $2,000,000,000.00 (200,000,000 pieces of silver X $10.00/ troy ounce) plus an additional $2,000,000,000.00 in IOU's (Federal Reserve Notes) to compensate the Demandant for the liability associated with their IOU's to give the Demandant time to convert their IOUs into silver coin before they inflate it out of existence, for a total of $4,000,000,000.00, ($4 billion) or the equivalent in commercial paper negotiable instruments, as an extremely less desirable alternative, so nobody presumes some so-

called benefit of discharging a debt with limited liability on the part of the Demandant, and further,

165.   The Demandant realizes that the relief He is demanding is a lot of money, but it isn't like they were not aware of the injuries they were causing, and it isn't like they have NOT been given the opportunity to repent, in fact, the opposite is true, that they have been given multiple opportunities (hundreds), and their actions have been deliberate, and calculated, and malicious, and they have full knowledge, but having said all of that, the Demandant can forgive as well as the next guy, and will consider any offers any Wrongdoer may have, if they show evidence of their sincere regret, and repentance, and further,

166.   Further Demandant declares naught,

Pursuant to your rule 201 of your Rules of Evidence, and locus sigilli, this document is sealed in red ink and dated, on the land of Texas, this _eighth_ day of December, in the year two thousand and fourteen.

All of the above is submitted "UNDER PENALTIES with PERJURY" [28 USC § 1746(1)], under the laws of the United States of America and without the UNITED STATES.

_____ L.S.
Glenn Winningham; Fearn, sui juris
Sovereign living soul, holder of the office of "the people"
With full responsibility for My actions
Under God's law as found in the Holy bible,
An Inhabitant of the land of Texas
with a Postal address of:
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., Suite #437
Fort Worth, Texas
ZIP CODE EXEMPT
[18 USC § 1342]
Phone 682-701-6955