IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
DEC 15 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| GLENN WINNINGHAM, § | |
| Plaintiff, § | |
| VS. § | NO. 4:14-CV-993-A |
| UNITED STATES, INC., ET AL., § | |
| Defendants. § | |

### ORDER

On December 10, 2014, plaintiff, Glenn Winningham ("Winningham"), who identifies himself as "Glenn Winningham, house of Feam," again filed a totally nonsensical document by which the above-captioned action was initiated in which he names as defendants three United States Courts of Appeals, four United States District Courts, four judges of the United States Court of Appeals for the Fifth Circuit, five district judges of this court, a magistrate judge of this court, and several other defendants who are identified by Winningham as "Clerk masquerading as a Judge" or "Clerk masquerading as a Chief Judge."

Winningham is a serial filer of nonsensical lawsuits. See Winningham v. Wells Fargo, Inc., et al., No. 4:14-CV-853-A (N.D. Tex May 19, 2014); Winningham v. Overcast, et al., No. 4:13-CV-576-C (N.D. Tex. Aug. 13, 2013); Winningham v. Page, et al., No. 4:13-CV-023-A (N.D. Tex. Jan. 15, 2013); Winningham v. Willis, et

al., No. 4:12-CV-638-Y (N.D. Tex. May 24, 2013); <u>Winningham v. The Crown, et al.</u>, No. 3:08-CV-1204-G (N.D. Tex. Nov. 17, 2008). In <u>Winningham v. Willis, et al.</u>, the court dismissed the action with the explanation that "[T]he Court concludes that Winningham's case should be dismissed as a sanction for his blatant disregard of the Court's orders and for repeatedly refusing to show proper respect to the Court." Order of Dismissal at 2 (doc. 36), No. 4:12-CV-638-Y (N.D. Tex. May 24, 2013). The contents of the most recently filed document persuade the court that Winningham has no legitimate goal in its filing, and that it should promptly be dismissed as frivolous. Therefore,

The court ORDERS that the above-captioned action be, and is hereby, dismissed as frivolous.

Winningham is cautioned that if he persists in the filing of frivolous complaints, he will be at risk of subjecting himself to substantial financial sanctions.

SIGNED December 15, 2014.

JOHN McBRYDE
United States District Judge