FILED ON DEMAND

ORIGINAL
C.T.J.

District Court of the United States
for the Northern District of Texas

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 JAN 12 PM 1:39

_/s/_
CLERK OF COURT

| | | |
|---|---|---|
| Glenn Winningham; house of Fearn | ] | |
| | ] Petitioner | |
| | ] | 4:14-CV-993-A |
| vs. | ] | |
| | ] | |
| United States, Inc, et al, | ] | |
| | ] Respondents | |

## NOTICE OF APPEAL

Notice is hereby given that I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, hereinafter the Petitioner, hereby APPEAL the ORDER of John McBryde, dated 15 December, 2014, to the United States Court of Appeals for the Fifth Circuit.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1), without the UNITED STATES, and under the laws of the United States of America.

Signed and sealed in red ink on the land of Texas, and dated, this _____
day of January, in the year Two Thousand and Fifteen.

_____ L.S.
Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the People"
Inhabitant of the land known as Texas
With full responsibility for my actions
under the Laws of YHWH as found in the Holy Bible
with a Postal address of;
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
ZIP CODE EXEMPT